**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: HEALTH GORILLA, INC., ET AL., DATA SECURITY BREACH LITIGATION | MDL NO. 3193 |
|---|---|

**SCHEDULE OF ACTION**

| Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Aaron Berry | University of Illinois Hospital and Health Sciences System; Epic Systems Corporation | Northern District of Illinois (Eastern Division) | 1:26-cv-04629 | District Judge Mary M. Rowland<br><br>Magistrate Judge Keri L. Holleb Hotaling |

2