BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: HEALTH GORILLA, INC., DATA BREACH LITIGATION | MDL DOCKET NO. 3193 |

**LOTT PLAINTIFFS' INTERESTED PARTY RESPONSE IN SUPPORT OF MOTION TO MOVANTS' AMENDED MOTION FOR TRANSFER AND CENTRALIZATION**

Ricky Lott, Holly Hughes, Tatyana Malenkovich, Amy Hawkins, Randall Brink, and Judy Delis, Plaintiffs in *Ricky Lott, et al. v. Health Gorilla, Inc.*, Civil Action No. 1:26-cv-21639-KMM pending in the United States District Court for the Southern District of Florida (the "Lott Plaintiffs") and for their response to Movant Health Gorilla, Inc.'s ("Movant") Amended Motion for Transfer and Centralization (ECF No. 3) state as follows:

The Lott Plaintiffs support Movant's Amended Motion for Transfer and Centralization of all pending matters to the United States District Court for the Southern District of Florida since that is the location where the majority of matters pending in this MDL are pending. See, e.g., generally *In re Personalweb Techs., LLC,* No. MDL 2834, 340 F. Supp. 3d 1373, 1374-75 (J.P.M.L. 2018). In this event the Court is concerned that not all Defendants have been named in all cases, it is clear as noted by Movants that Defendant is the "key" defendant and transfer to the District home to Defendant's principal place of business will centralize all pending litigation which would be more efficient than litigating Section 1404 transfer motions in at least four separate judges. See, e.g. generally *In re: Cognizant Technology Solutions Corporation and Trizetto Provider Solutions, LLC, Data Security Breach Litigation*, MDL No. 3185, 2026 U.S. Dist. LEXIS 126708 at * 4 (J.P.M.L. June 5, 2026).

WHEREFORE the undersigned Lott Plaintiffs respectfully request this Panel grant Movant's Amended Motion for Transfer and Centralization to the United States District Court for the Southern District of Florida, assignment of all matters to the Honorable K. Michael Moore, and for all other relief that this Court may deem just and proper.

Dated: June 22, 2026                    Respectfully Submitted

/s/ Marc E. Dann
Marc E. Dann (OH# 0039425)
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com
*Interim Co-Lead Class Counsel for the Lott*
*Plaintiffs and putative class*

**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: HEALTH GORILLA, INC., DATA BREACH LITIGATION** | **MDL DOCKET NO. 3193** |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing *Lott Plaintiffs' Response in Support of Movants' Amended Motion to Transfer and Centralization* was served on all parties in the following cases electronically via ECF, or as indicated below, on June 22, 2026

Served via Email

Anjali Das
Jennifer Stegmaier
WILSON ELSER MOSKOVITZ EDELMAN &
DICKER LLP
161 N. Clark St. – Suite 4500
Chicago, IL 60601
Anjali.das@wilsonelser.com
Jennifer.stegmaier@wilsonelser.com

*Attorneys for Defendant Health Gorilla, Inc.
(Ricky Lott, et al. v. Health Gorilla, Inc.*, S.D.
Fla. 1:26-cv-21639-KMM)

Served via Email:

Krystal Dickow Hermiz
Gordon Rees Scully Mansukhani, LLP
37000 Woodward Ave, Ste. 225
Bloomfield Hills, MI 48304
khermiz@grsm.com

Justin Holmes
Gordon & Rees Scully Mansukhani
1717 Arch Street, Suite 610
Philadelphia, PA 19103
jholmes@grsm.com

Served via Email

Anjali Das
Jennifer Stegmaier
WILSON ELSER MOSKOVITZ
EDELMAN & DICKER LLP
161 N. Clark St. – Suite 4500
Chicago, IL 60601
Anjali.das@wilsonelser.com
Jennifer.stegmaier@wilsonelser.com

William S. Cook
WILSON ELSER MOSKOVITZ
EDELMAN & DICKER LLP
17197 N. Laurel Park Dr., Ste 201
Livonia, MI 48152
william.cook@wilsonelser.com

Krystal Dickow Hermiz
Gordon Rees Scully Mansukhani, LLP
37000 Woodward Ave, Ste. 225
Bloomfield Hills, MI 48304
khermiz@grsm.com

*Counsel for Defendant Health Gorilla, Inc.
(Justina Pabon, et al. v. Trinity Health
Corporation, et al.*, E.D. Mich.
4:26-cv-10989)

Served via Email:

3

*Counsel served for Defendant Trinity Health Corporation*
*(Justina Pabon, et al. v. Trinity Health Corporation, et al.*, E.D. Mich. 4:26-cv-10989)

Scott Jourdan Falgoust
Bryson Harris Suciu & Demay PLLC
5301 Canal Boulevard
New Orleans, LA 70124
sfalgoust@brysonpllc.com

Nick Suciu, III
BRYSON HARRIS SUCIU & DEMAY PLLC
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
nsuciu@brysonpllc.com

*Counsel for Plaintiff Justina Pabon*
*(Justina Pabon, et al. v. Trinity Health Corporation, et al.*, E.D. Mich. 4:26-cv-10989)

Served via email:

John Joseph Atallah
Foley & Lardner, LLP
555 S. Flower Street, Suite 3300
Los Angeles, CA 90071
jatallah@foley.com

Eric Joseph Hatchell
Foley & Lardner LLP
150 East Gilman St.
P.O. Box 1497
Madison, WI 53701
ehatchell@foley.com

Michael Leffel
Foley & Lardner LLP
150 E. Gilman Street
Suite 5000
Madison, WI 53703-1482
mleffel@foley.com

Amber Renee Quinlan Willette
Foley & Lardner LLP
150 East Gilman Street
Suite 5000
Madison, WI 53703
amber.quinlanwillette@foley.com

Served via email:

Stephanie F. Jones
Gordon Rees Scully Mansukhani, LLP
1 North Wacker Drive, Suite 1600
Chicago, IL 60606
sfjones@grsm.com

*Counsel for Defendant UCSF Health Community Hospitals*
*(Priscilla Banh, et al. v. Epic Systems Corporation, et al.*, W.D. Wisc. 3:26-cv-00216)

*Counsel for Defendant Epic Systems*
*Corporation*
*(Priscilla Banh, et al. v. Epic Systems*
*Corporation, et al.*, W.D. Wisc. 3:26-cv-00216)

Served via email:

Leigh Skye Montgomery
EKSM, LLP
4200 Montrose Boulevard, Suite 200
Houston, TX 77006
Service@eksm.com

Nickolas J. Hagman
Cafferty Clobes Meriwether & Sprengel LLP
135 South LaSalle St., Suite 3210
Chicago, IL 60603

*Counsel for Plaintiff Priscilla Banh*
*(Priscilla Banh, et al. v. Epic Systems*
*Corporation, et al.*, W.D. Wisc. 3:26-cv-00216)

Served via email:

Anjali Das
Jennifer Stegmaier
WILSON ELSER MOSKOVITZ
EDELMAN & DICKER LLP
161 N. Clark St. – Suite 4500
Chicago, IL 60601
Anjali.das@wilsonelser.com
Jennifer.stegmaier@wilsonelser.com

Ian A Stewart
Wilson Elser Moskowitz Edelman and
Dicker LLP
555 South Flower Street Suite 2900
Los Angeles, CA 90071
ian.stewart@wilsonelser.com

*Attorneys for Defendant Health Gorilla, Inc.*
*(Steven Patterson, et al. v. UVA Health, et*
*al.*, C.D. Cal. Case No. 26-cv-01938)

Served via email:

John Joseph Atallah
Foley & Lardner, LLP
555 S. Flower Street, Suite 3300
Los Angeles, CA 90071
jatallah@foley.com

Michael Leffel
Foley & Lardner LLP
150 E. Gilman Street
Suite 5000
Madison, WI 53703-1482
mleffel@foley.com

*Attorneys for Defendant Epic Systems*
*Corporation*
*(Steven Patterson, et al. v. UVA Health, et al.*,
C.D. Cal. Case No. 26-cv-01938)

Served via email:

Marc Elliott Masters
Bird, Marella, Rhow, Lincenberg, Drooks &
Nessim, LLP
1875 Century Pk E #2300
Los Angeles, CA 90067

Sharon Meyers
Bird, Marella, Rhow, Lincenberg, Drooks &
Nessim, LLP
1875 Century Pk E #2300
Los Angeles, CA 90067
smayer@birdmarella.com

*Attorneys for Defendant Mammoth Path*
*Solution, LLC*
*(Steven Patterson, et al. v. UVA Health, et*
*al.*, C.D. Cal. Case No. 26-cv-01938)

5

Served via email:

Jason Jonathan Kim
Hunton Andrews Kurth LLP
550 S. Hope St.
Suite 2000
Los Angeles, CA 90071
kimj@huntonak.com

Wendy Cohen McGraw
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219-4074
757-640-5336
804-788-8218 (fax)
wmcgraw@hunton.com

Paige Van Oosten
Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
503-737-9189
pvanoosten@hunton.com

*Attorneys for Defendant The Rector and Visitors of the University of Virginia (improperly named as UVA Health)*
*(Steven Patterson, et al. v. UVA Health, et al.,*
C.D. Cal. Case No. 26-cv-01938)

Served via email:

Scott Edward Cole
Cole & Van Note
555 12th Street, Suite 2100
Oakland, CA 94607
sec@colevannote.com

Mark T. Freeman
Cole and Van Note
555 12th Street, Suite 2100
Oakland, CA 94607
mtf@colevannote.com

Laura Grace Van Note
Cole & Van Note
555 12th Street
Suite 2100
Oakland, CA 94607
lvn@colevannote.com

*Attorneys for Plaintiff Steven Patterson*
*(Steven Patterson, et al. v. UVA Health, et al., C.D. Cal. Case No. 26-cv-01938)*

Served via email:

Scott Edward Cole
Cole & Van Note
555 12th Street, Suite 2100
Oakland, CA 94607
510-891-9800
sec@colevannote.com

Mark T. Freeman
Cole and Van Note
555 12th Street, Suite 2100
Oakland, CA 94607
mtf@colevannote.com

Leigh Skye Montgomery
EKSM, LLP
4200 Montrose Boulevard, Suite 200
Houston, TX 77006
Service@eksm.com

*Counsel for Plaintiffs Edward Fox and Suzanne Bryan*
*(Edward Fox, et al. v. Epic Systems Corporation, et al.*, C.D. Cal. Case No. 26-cv-04678)

Served via email:

John Joseph Atallah
Foley & Lardner, LLP
555 S. Flower Street, Suite 3300
Los Angeles, CA 90071
jatallah@foley.com

Michael Leffel
Foley & Lardner LLP
150 E. Gilman Street
Suite 5000
Madison, WI 53703-1482
mleffel@foley.com

*Attorneys for Defendant Epic Systems Corporation*
*(Edward Fox, et al. v. Epic Systems Corporation, et al.*, C.D. Cal. Case No. 26-cv-04678)

Served via email:

Anjali Das
Jennifer Stegmaier
WILSON ELSER MOSKOVITZ EDELMAN & DICKER LLP
161 N. Clark St. – Suite 4500
Chicago, IL 60601
Anjali.das@wilsonelser.com
Jennifer.stegmaier@wilsonelser.com

Ian A Stewart
Wilson Elser Moskowitz Edelman and Dicker LLP
555 South Flower Street Suite 2900
Los Angeles, CA 90071
ian.stewart@wilsonelser.com

*Attorneys for Defendant Health Gorilla, Inc.*

Served via email:

Ekwan E. Rhow
Bird Marella Rhow Lincenberg Drooks and Nessim, LLP
1875 Century Park East, Suite 2300
Los Angeles, CA 90067
erhow@birdmarella.com

Marc Elliott Masters
Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP
1875 Century Pk E #2300
Los Angeles, CA 90067

Sharon Meyers
Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP
1875 Century Pk E #2300

*(Edward Fox, et al. v. Epic Systems Corporation, et al.*, C.D. Cal. Case No. 26-cv-04678)

Los Angeles, CA 90067
smayer@birdmarella.com

*Attorneys for Defendant Mammoth Path Solution, LLC*
*(Edward Fox, et al. v. Epic Systems Corporation, et al.*, C.D. Cal. Case No. 26-cv-04678)

Served via email:

Served via email:

David B Honig
HALL RENDER KILLIAN HEATH & LYMAN
500 North Meridian Street
Suite 400
Indianapolis, IN 46204
dhonig@hallrender.com

Marc H. Edelson
Edelson Lechtzin LLP
411 S. State Street Ste N-300
Newtown, PA 18940
medelson@edelson-law.com

*Attorneys for Plaintiff Jeffrey S. Jackson*
*(Jeffrey S. Jackson, et al. v. Trinity Health Corporation, et al.*, E.D. Mich. Case No. 26-cv-10948)

Sharon Meyers
Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP
1875 Century Pk E #2300
Los Angeles, CA 90067
smayer@birdmarella.com

*Attorneys for Defendant Reid Hospital and Health Care Services, Inc.*
*(Edward Fox, et al. v. Epic Systems Corporation, et al.*, C.D. Cal. Case No. 26-cv-04678)

Served via Email:

Krystal Dickow Hermiz
Gordon Rees Scully Mansukhani, LLP
37000 Woodward Ave, Ste. 225
Bloomfield Hills, MI 48304
khermiz@grsm.com

*Counsel served for Defendant Trinity Health Corporation*
*(Jeffrey S. Jackson, et al. v. Trinity Health Corporation, et al.,* E.D. Mich. Case No. 26-cv-10948)

Served via Email:

William S. Cook
WILSON ELSER MOSKOVITZ
EDELMAN & DICKER LLP
17197 N. Laurel Park Dr., Ste 201
Livonia, MI 48152
william.cook@wilsonelser.com

*Counsel served for Defendant Health Gorilla, Inc.*
*(Jeffrey S. Jackson, et al. v. Trinity Health Corporation, et al.,* E.D. Mich. Case No. 26-cv-10948)

Served via Email:

John Yates Benford
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue. Suite 1200
Orlando, FL 32801
john.benford@wilsonelser.com

Julia Grimke Young
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
julia.young@wilsonelser.com

*Counsel for Defendant Health Gorilla, Inc.*
*(Ricky Lott, et al. v. Health Gorilla, Inc.* S.D. Fla. 26-cv-21639)

Served via Email:

Jay Kim Kim
Vaughan Lerner LLP
312 SE 17th Street Suite 300
Fort Lauderdale, FL 33316
jkim@kvllaw.com

*Counsel for Consolidated Defendant Unique Medi Tech LLC*

Served via Email:

Jay Kim Kim
Vaughan Lerner LLP
312 SE 17th Street Suite 300
Fort Lauderdale, FL 33316
jkim@kvllaw.com

Jessica Hannul Roman
Kim Vaughan Lerner LLP
312 SE 17th Street Suite 300
jroman@kvllaw.com

*Counsel for Consolidated Defendant Mammoth Path Solution, LLC and Consolidated Defendant Mammoth RX, Inc.*

Served via Email:

Joseph Michael Paulino
10440 North Miami Ave
Miami Shores, FL 33150
jpaulino@grsm.com

*Counsel for Consolidated Defendant Trinity Health Corporation*

Served via Email:

Merema Mary Nikezic
Zarco, Einhorn, Salkowski & Brito, P.A.
2 S. Biscayne Blvd., 34th Floor
Miami, FL 33131
mnikezic@zarcolaw.com

Robert Francis Salkowski
Zarco, Einhorn, Salkowski & Brito, P.A.
2 S. Biscayne Blvd., 34th Floor
Miami, FL 33131
rsalkowski@zarcolaw.com

*Counsel for Consolidated Defendant Unit 387 LLC*

Served via Ordinary Mail:

Consolidated Defendant SelfRX, LLC
(no appearance on file in this case)
SelfRX, LLC
36 Cummings Park
Woburn, MA 01801

Consolidated Defendant Ravillamed PLLC
(no appearance on file in this case)
Ravillamed PLLC
2119 E Norris St
Philadelphia, PA 19125-1924

Consolidated Defendant Critical Care Nurse Consultants, LLC
(no appearance on file in this case)
Critical Care Nurse Consultants, LLC
23360 Bridle View Dr.
Lindale, TX 75771-5511

Clerks of Court served via ordinary mail:

Clerk of Court United States District Court for the Central District of California
350 W. 1st Street
Los Angeles, CA 90012
Case Nos. 2:26-cv-01938; 2:26-cv-04678

Clerk of Court United States District Court for the Eastern District of Michigan:
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226
Case Nos. 4:26-cv-10948; 4:26-cv-10989

Clerk of Court United States District Court for the Southern District of Florida:
400 North Miami Avenue Miami, FL 33128
Case Nos. 1:26-cv-21639; 1:26-cv-22178; 1:26-cv-22328; 1:26-cv-22757, 1:26-cv-21952

Clerk of Court United States District Court for the Western District of Wisconsin
120 North Henry Street, Room 320
Madison, Wisconsin 53703
Case No. 3:26-cv-00216-amb

The following matters did not require service:

Delis v. Health Gorilla Inc., et al., Case No. 1:26-cv-22178 (S.D. Fla.)
*Consolidated with Lott – See above.*

Hawkins v. Health Gorilla, Inc., et al., Case No. 1:26-cv-22328 (S.D. Fla.)
*Consolidated with Lott – See above.*

Malenkovich v. Health Gorilla, Inc., Case No. 1:26-cv-22757 (S.D. Fla.)
*Consolidated with Lott – See above.*

Dated: June 22, 2026

Respectfully Submitted

/s/ Marc E. Dann
Marc E. Dann (OH# 0039425)
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com
*Interim Co-Lead Class Counsel for the Lott Plaintiffs and putative class*

11