# EXHIBIT A

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: HEALTH GORILLA, INC., ET AL., DATA SECURITY BREACH LITIGATION | MDL NO. 3193 |

**SCHEDULE OF RELATED ACTIONS[1]**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Patterson v. UVA Health; Epic Systems Corporation; Health Gorilla; Mammoth Path Solution, LLC | United States District Court for the Central District of California (Western Division – Los Angeles) | 2:26-cv-01938-PA-E | District Judge Percy Anderson |
| Fox, et al. v. Epic Systems Corporation; Reid Hospital & Health Care Services, Inc.; Health Gorilla, Inc.; Mammoth Path Solution, LLC | United States District Court for the Central District of California (Western Division – Los Angeles) | 2:26-cv-04678-FMO-MAR | District Judge Fernando M. Olguin |
| Jackson v. Trinity Health Corporation; Health Gorilla Inc. | United States District Court for the Eastern District of Michigan (Flint) | 4:26-cv-10948-SDK-KGA | District Judge Shalina D. Kumar |

---

[1] Health Gorilla's Amended Schedule of Related Actions [Dkt. 2-1] lists Epic as a defendant in three actions: *Patterson v. UVA Health, et al.*, No. 2:26-cv-01938 (C.D. Cal.); *Fox et al. v. Epic Systems Corp., et al.*, No. 2:26-cv-04678 (C.D. Cal.); and *Banh v. Epic Systems Corp., et al.*, No. 3:26-cv-00216-amb (W.D. Wis.). *Banh* was voluntarily dismissed and closed on June 15, 2026. An additional related action not identified in the Schedule—*Berry v. Univ. of Ill. Hosp. & Health Scis. Sys. & Epic Sys. Corp.*, No. 1:26-cv-04629 (N.D. Ill. 2026)—asserts similar allegations and claims against Epic and the University of Illinois Hospital. Epic has filed a Notice of Related Action to consolidate *Berry* within this MDL proceeding. *See* Dkt. 35.

| Pabon v. Trinity Health Corporation; Health Gorilla Inc. | United States District Court for the Eastern District of Michigan (Flint) | 4:26-cv-10989-SDK-KGA | District Judge Shalina D. Kumar |
|---|---|---|---|
| Lott, et al. v. Health Gorilla, Inc. | United States District Court for the Southern District of Florida (Miami) | 1:26-cv-21639-KMM | District Judge K. Michael Moore |
| Delis v. Health Gorilla Inc.; Trinity Health Corporation | United States District Court for the Southern District of Florida (Miami) | 1:26-cv-22178-RS (Consolidated with Lott) | District Judge K. Michael Moore |
| Hawkins, et al. v. Health Gorilla, Inc.; RavillaMed PLLC; Unique Medi Tech LLC d/b/a Mammoth Dx; Mammoth Rx, Inc.; Mammoth Path Solution, LLC; Unit 387 LLC; SelfRX, LLC d/b/a Myself.Health; Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth | United States District Court for the Southern District of Florida (Miami) | 1:26-cv-22328-KMM (Consolidated with Lott) | Consolidated before District Judge K. Michael Moore<br><br>Originally assigned to District Judge Kathleen M. Williams. |
| Malenkovich v. Health Gorilla, Inc. | United States District Court for the Southern District of Florida (Miami) | 1:26-cv-22757-KMM (Consolidated with Lott) | Consolidated before District Judge K. Michael Moore<br><br>Originally assigned to District Judge Kathleen M. Williams |
| Hughes v. Health Gorilla, Inc. | United States District Court for the Southern District of Florida (Miami) | 1:26-cv-21952-KMM (Consolidated with Lott) | Consolidated before District Judge K. Michael Moore |

3

| | | | Originally assigned to District Judge Kathleen M. Williams |
|---|---|---|---|
| | | | |

3