# EXHIBIT B


# CJ Courts & Judges Comparator

Showing comparison between Beth Francine Bloom (BFB) of S.D.Fla., Kathleen Mary Williams (KMW) of S.D.Fla., and Kevin Michael Moore (KMM) of S.D.Fla., for all federal district court cases pending between 2009-01-01 and 2026-06-22. Change

## Judge Biographical Information

|  | Bloom (S.D.Fla.) | Williams (S.D.Fla.) | Moore (S.D.Fla.) |
|---|---|---|---|
| Name | Beth Francine Bloom | Kathleen Mary Williams | Kevin Michael Moore |
| Age | 64 years (born 1962) | 70 years (born 1956) | 75 years (born 1951) |
| Nominated By | President Barack Obama | President Barack Obama | President George H.W. Bush |
| Commissioned | 2014-06-25 | 2011-08-04 | 1992-02-10 |
| Active Tenure | 12 years | 14 years | 34 years |

## Open Cases

|  | Bloom (S.D.Fla.) | Williams (S.D.Fla.) | Moore (S.D.Fla.) |
|---|---|---|---|
| Open federal district court cases ❓ | 253 | 394 | 277 |

## Terminated Cases

|  | Bloom (S.D.Fla.) | Williams (S.D.Fla.) | Moore (S.D.Fla.) |
|---|---|---|---|
| Terminated federal district court cases ❓ | 5,921 | 6,858 | 6,300 |

## Case Filings for all federal district court cases



| | <2021 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026* |
|---|---|---|---|---|---|---|---|
| 🔵 Beth Francine Bloom | 3,048 | 394 | 369 | 347 | 232 | 377 | 165 |
| 🟠 Kathleen Mary Williams | 4,012 | 285 | 400 | 386 | 332 | 289 | 184 |
| 🟢 Kevin Michael Moore | 3,517 | 227 | 392 | 395 | 338 | 289 | 183 |

* 2026 numbers are year-to-date. Open dots are full-year estimates.

## Time to Permanent Injunction (Grant) for all federal district court cases



**Judge Bloom (S.D.Fla.)**

244 Cases reached Permanent Injunction (Grant)

Median: 99 days

**Judge Williams (S.D.Fla.)**

139 Cases reached Permanent Injunction (Grant)

Median: 196 days

**Judge Moore (S.D.Fla.)**

108 Cases reached Permanent Injunction (Grant)

Median: 171 days

**Lex Machina**

## Time to Dismiss (Contested) for all federal district court cases



**Judge Bloom (S.D.Fla.)**
1,252 Cases reached Dismiss (Contested)
Median: 92 days

**Judge Williams (S.D.Fla.)**
1,340 Cases reached Dismiss (Contested)
Median: 142 days

**Judge Moore (S.D.Fla.)**
1,252 Cases reached Dismiss (Contested)
Median: 119 days

## Time to FLSA Conditional Certification for all federal district court cases



**Judge Bloom (S.D.Fla.)**
7 Cases reached FLSA Conditional Certification

**Judge Williams (S.D.Fla.)**
5 Cases reached FLSA Conditional Certification

**Judge Moore (S.D.Fla.)**
9 Cases reached FLSA Conditional Certification

## Time to Class Certification for all federal district court cases



**Judge Bloom (S.D.Fla.)**
24 Cases reached Class Certification
Median: 398 days

**Judge Williams (S.D.Fla.)**
22 Cases reached Class Certification
Median: 513 days

**Judge Moore (S.D.Fla.)**
15 Cases reached Class Certification
Median: 340 days

## Time to Claim Construction Hearing for all federal district court cases



**Judge Bloom (S.D.Fla.)**
2 Cases reached Claim Construction Hearing

**Judge Williams (S.D.Fla.)**
1 Cases reached Claim Construction Hearing

**Judge Moore (S.D.Fla.)**
7 Cases reached Claim Construction Hearing

## Time to Summary Judgment *for all federal district court cases*



**Judge Bloom (S.D.Fla.)**
356 Cases reached Summary Judgment
Median: 391 days

**Judge Williams (S.D.Fla.)**
408 Cases reached Summary Judgment
Median: 487 days

**Judge Moore (S.D.Fla.)**
337 Cases reached Summary Judgment
Median: 331 days

## Time to Trial for all federal district court cases



**Judge Bloom (S.D.Fla.)**
79 Cases reached Trial
Median: 504 days

**Judge Williams (S.D.Fla.)**
67 Cases reached Trial
Median: 651 days

**Judge Moore (S.D.Fla.)**
64 Cases reached Trial
Median: 383 days

**Lex Machina**

## Time to Termination for all federal district court cases



0 days                                                    2 years

**Judge Bloom (S.D.Fla.)**
5,921 Terminated Cases
Median: 98 days
0 | 98 | 439
45 | 203

**Judge Williams (S.D.Fla.)**
6,858 Terminated Cases
Median: 148 days
0 | 148 | 595
70 | 280

**Judge Moore (S.D.Fla.)**
6,298 Terminated Cases
Median: 114 days
0 | 114 | 461
56 | 218

**Lex Machina**

## Time to Approved Class Action Settlement for all federal district court cases



**Judge Bloom (S.D.Fla.)**
14 Cases reached Approved Class Action Settlement
Median: 456 days

**Judge Williams (S.D.Fla.)**
18 Cases reached Approved Class Action Settlement
Median: 664 days

**Judge Moore (S.D.Fla.)**
10 Cases reached Approved Class Action Settlement
Median: 574 days

## Case Resolutions for all federal district court cases

|  | Bloom (S.D.Fla.) | | Williams (S.D.Fla.) | | Moore (S.D.Fla.) | |
|---|---|---|---|---|---|---|
| **Cases with Claimant Win Resolutions** | 514 | (9%) | 440 | (6%) | 337 | (5%) |
| **Cases with Claim Defendant Win Resolutions** | 219 | (4%) | 243 | (4%) | 271 | (4%) |
| **Cases with Likely Settlement Resolutions** | 3,810 | (65%) | 4,769 | (70%) | 4,144 | (66%) |
| **Cases with Procedural Resolutions** | 1,328 | (23%) | 1,394 | (20%) | 1,531 | (24%) |
| **Total Cases with Resolutions** | 5,871 | (100%) | 6,846 | (100%) | 6,283 | (100%) |



## Damages for all federal district court cases

| | Bloom (S.D.Fla.) | | Williams (S.D.Fla.) | | Moore (S.D.Fla.) | |
|---|---|---|---|---|---|---|
| | Cases | Damages | Cases | Damages | Cases | Damages |
| **Prejudgment Interest** | 38 | $50,285,292 | 34 | $13,732,999 | 20 | $22,508,139 |
| **Other / Mixed Damage Types** | 6 | $5,655,110 | 12 | $128,999,045 | 5 | $15,218,559 |
| **Attorneys' Fees / Costs** | 181 | $11,476,548 | 164 | $8,576,258 | 153 | $10,017,956 |
| **Enhanced Damages (Patent)** | 3 | $13,298,906 | – | $0 | 1 | $1,065,810 |
| **Lost Profits (Patent)** | 1 | $570,946 | – | $0 | – | $0 |
| **Mass Counterfeiter Default Damages (Patent)** | 3 | N/A | 4 | N/A | 1 | N/A |
| **Reasonable Royalty (Patent)** | 3 | $13,824,997 | – | $0 | 2 | $4,832,905 |
| **Mass Counterfeiter Default Damages (Trademark)** | 130 | N/A | 47 | N/A | 22 | N/A |
| **Statutory Damages (Trademark)** | 43 | $25,208,000 | 28 | $6,172,000 | 15 | $6,491,974 |
| **Enhanced Damages (Trademark)** | 2 | $17,294,805 | 1 | $600,000 | – | $0 |
| **Actual Damages / Infringer's Profits (Trademark)** | 6 | $12,770,223 | 3 | $6,262,288 | 2 | $248,080 |
| **Statutory Damages (Copyright)** | 14 | $11,271,750 | 14 | $708,868 | 6 | $341,125 |
| **Actual Damages / Infringer's Profits (Copyright)** | 2 | $2,564,162 | 1 | $100,000 | 1 | $261,317 |
| **Mass Counterfeiter Default Damages (Copyright)** | 13 | N/A | 8 | N/A | 1 | N/A |
| **Enhanced Damages (Antitrust)** | – | $0 | – | $0 | – | $0 |
| **Antitrust Violation Damages** | – | $0 | – | $0 | – | $0 |
| **Other Securities Damages** | 5 | $4,645,295 | 1 | $10,688,000 | 1 | $1,232,731 |
| **SEC / CFTC Penalties** | 9 | $127,200,408 | 7 | $3,286,312 | 4 | $11,297,768 |
| **Shareholder Derivative Settlement** | – | $0 | – | $0 | – | $0 |
| **Disgorgement (Securities)** | 10 | $252,342,592 | 9 | $19,162,963 | 5 | $231,934,891 |
| **Other Bankruptcy Damages** | – | $0 | – | $0 | – | $0 |
| **Punitive Damages (Bankruptcy)** | – | $0 | – | $0 | – | $0 |
| **Actual Damages (Bankruptcy)** | – | $0 | – | $0 | – | $0 |
| **Collective Action Settlement** | 2 | $110,000 | 1 | $170,000 | – | $0 |
| **Front Pay** | – | $0 | 1 | $9,490 | – | $0 |
| **Other Compensatory Damages (Employment)** | 4 | $153,682 | 5 | $316,556 | 5 | $203,046 |
| **Punitive Damages (Employment)** | – | $0 | 1 | $100,000 | – | $0 |
| **Civil Money Penalties (Employment)** | – | $0 | – | $0 | – | $0 |
| **Backpay** | 21 | $454,690 | 35 | $518,186 | 39 | $917,279 |
| **Emotional Distress** | 1 | $10,000 | 2 | $120,000 | – | $0 |
| **Enhanced Damages (Employment)** | – | $0 | – | $0 | – | $0 |
| **Liquidated Damages (Employment)** | 20 | $443,034 | 23 | $283,366 | 32 | $776,751 |
| **EEOC Class Settlement** | – | $0 | 1 | $8,500 | – | $0 |
| **State Statutory Penalties** | – | $0 | – | $0 | – | $0 |

| | Bloom (S.D.Fla.) | | Williams (S.D.Fla.) | | Moore (S.D.Fla.) | |
|---|---|---|---|---|---|---|
| | Cases | Damages | Cases | Damages | Cases | Damages |
| Other Product Liability Damages | – | $0 | – | $0 | – | $0 |
| Property Damages | – | $0 | – | $0 | 1 | $98,000 |
| Personal Injury: Unspecified | – | $0 | – | $0 | – | $0 |
| Punitive Damages (Product Liability) | – | $0 | – | $0 | – | $0 |
| Personal Injury: Economic | – | $0 | – | $0 | – | $0 |
| Personal Injury: Non-Economic | – | $0 | – | $0 | 1 | $42,000 |
| Actual Damages / Lost Profits | – | $0 | – | $0 | – | $0 |
| Reasonable Royalty (Trade Secret) | – | $0 | – | $0 | – | $0 |
| Punitive / Willfulness Damages | – | $0 | – | $0 | – | $0 |
| Emotional Distress Damages (Insurance) | – | $0 | – | $0 | – | $0 |
| Contract Damages (Insurance) | 2 | $493,986 | 3 | $12,436,898 | 2 | $1,529,259 |
| Punitive Damages (Insurance) | – | $0 | – | $0 | – | $0 |
| Tort Damages | – | $0 | – | $0 | 1 | $100,000 |
| Restitution (Insurance) | – | $0 | – | $0 | 3 | $2,707,620 |
| Enhanced Damages (Insurance) | – | $0 | – | $0 | – | $0 |
| Disclosure Penalties | – | $0 | – | $0 | – | $0 |
| Restitution (ERISA) | – | $0 | – | $0 | – | $0 |
| ERISA Plan Benefits | – | $0 | 1 | $490,797 | 5 | $344,387 |
| Interest on Unpaid Contributions | – | $0 | 1 | $44,449 | 2 | $12,136 |
| Disgorgement (ERISA) | – | $0 | – | $0 | – | $0 |
| Civil Money Penalties (ERISA) | – | $0 | – | $0 | – | $0 |
| Liquidated Damages (ERISA) | – | $0 | 1 | $98,159 | 2 | $18,268 |
| Administrative Fees | – | $0 | 1 | $2,885 | 3 | $15,727 |
| Liquidated Damages (Contracts) | – | $0 | – | $0 | 1 | $350,000 |
| Restitution (Contracts) | 3 | $603,500 | – | $0 | 1 | $249,369 |
| Punitive Damages (Contracts) | 1 | $87,000,000 | – | $0 | – | $0 |
| Enhanced Damages (Contracts) | 2 | $58,220,930 | – | $0 | 1 | $58,600 |
| Tort Compensatory Damages (Contracts) | 9 | $34,298,740 | 2 | $19,851,699 | 1 | $92,016 |
| Contract Damages (Contracts) | 40 | $49,344,944 | 41 | $30,530,162 | 27 | $20,376,895 |
| Tax / Penalty Assessed | 5 | $2,053,717 | 7 | $3,866,702 | 9 | $5,869,509 |
| Refund | 1 | $15,180 | 1 | $459,698 | – | $0 |
| General Compensatory Damages | 4 | $1,024,288 | – | $0 | 2 | $5,012,500 |
| Loss of Support | – | $0 | – | $0 | – | $0 |
| Loss of Consortium (Torts) | – | $0 | 1 | $50,000,000 | – | $0 |
| Survivor Expenses | – | $0 | – | $0 | – | $0 |
| Punitive Damages (Torts) | 3 | $2,857,765 | – | $0 | – | $0 |

Courts & Judges Comparator

**Lex Machina**

| | Bloom (S.D.Fla.) | | Williams (S.D.Fla.) | | Moore (S.D.Fla.) | |
|---|---|---|---|---|---|---|
| | Cases | Damages | Cases | Damages | Cases | Damages |
| Lost Wages (Torts) | 2 | $6,521 | 1 | $2,582,000 | – | $0 |
| Pain and Suffering (Torts) | 4 | $9,632,075 | 6 | $12,415,510 | 3 | $13,105,000 |
| Medical Expenses (Torts) | 4 | $1,314,672 | 8 | $881,753 | 2 | $12,438,896 |
| Natural Resource Damages / Assessment Costs | – | $0 | – | $0 | – | $0 |
| Punitive Damages (Environmental) | – | $0 | – | $0 | – | $0 |
| Civil Money Penalties (Environmental) | – | $0 | – | $0 | 1 | $5,100,000 |
| CERCLA Cost Recovery / Contribution | – | $0 | – | $0 | – | $0 |
| Environmental Project / Mitigation Fund | – | $0 | – | $0 | – | $0 |
| Enhanced / Trebled Damages | 1 | $140,000 | 1 | $7,000 | – | $0 |
| Punitive Damages (Consumer Protection) | – | $0 | – | $0 | – | $0 |
| Restitution (Consumer Protection) | 1 | $2,825,761 | 1 | $47,203,036 | 2 | $1,295,969 |
| Settled Claim Damages (Consumer Protection) | 5 | $20,505 | 4 | $8,251 | 4 | $9,504 |
| Civil Money Penalties (Consumer Protection) | – | $0 | 1 | $4,500,000 | – | $0 |
| Compensatory Damages (Consumer Protection) | – | $0 | – | $0 | – | $0 |
| Statutory Damages (Consumer Protection) | 9 | $113,750 | 5 | $9,000 | 5 | $5,500 |
| Nominal Damages (Civil Rights) | – | $0 | – | $0 | 1 | $1 |
| State Statutory Damages | – | $0 | – | $0 | – | $0 |
| Civil Penalties (Civil Rights) | – | $0 | – | $0 | – | $0 |
| Punitive Damages (Civil Rights) | – | $0 | 1 | $1,706,148 | 1 | $100,000 |
| Compensatory Damages (Civil Rights) | 1 | $60,000 | 2 | $1,203,754 | 3 | $633,700 |
| Actual Damages (False Claims) | – | $0 | – | $0 | – | $0 |
| Back Pay | – | $0 | – | $0 | – | $0 |
| Settled Claim Damages (False Claims) | – | $0 | – | $0 | – | $0 |
| Special Damages (False Claims) | – | $0 | – | $0 | – | $0 |
| Civil Penalties (False Claims) | – | $0 | – | $0 | – | $0 |
| Relator Share | – | $0 | – | $0 | – | $0 |
| Restitution (False Claims) | – | $0 | – | $0 | – | $0 |
| Treble Damages | – | $0 | – | $0 | – | $0 |
| Tort Compensatory Damages (Surety Bond) | – | $0 | – | $0 | – | $0 |
| Contract Damages (Surety Bond) | 1 | $4,195,859 | 4 | $5,943,838 | 1 | $258,268 |
| Statutory Damages (Internet) | 4 | $5,170,000 | 1 | $126,500 | – | $0 |
| Punitive Damages (Internet) | – | $0 | – | $0 | – | $0 |
| Actual Damages / Disgorgement | – | $0 | – | $0 | – | $0 |
| Settled Claim Damages (Real Property) | – | $0 | – | $0 | – | $0 |
| Nominal Damages (Real Property) | – | $0 | – | $0 | – | $0 |
| Contract Damages (Real Property) | 1 | $19,054,376 | 2 | $301,556 | 4 | $35,208,882 |

https://law.lexmachina.com/apps/judge_comparison/compare?judge=3552&judge=3384&judge=1678&case-type=all

Courts & Judges Comparator

**Lex Machina**

| | Bloom (S.D.Fla.) | | Williams (S.D.Fla.) | | Moore (S.D.Fla.) | |
|---|---|---|---|---|---|---|
| | Cases | Damages | Cases | Damages | Cases | Damages |
| Punitive Damages (Real Property) | – | $0 | – | $0 | – | $0 |
| Restitution (Real Property) | 1 | $125,000 | – | $0 | – | $0 |
| Just Compensation | – | $0 | – | $0 | 1 | $20,000,000 |
| Special Damages (Real Property) | – | $0 | – | $0 | – | $0 |
| Compensatory Damages (Real Property) | – | $0 | – | $0 | – | $0 |
| Approved Class Action Settlement (Class Action) | 14 | $87,501,047 | 18 | $251,831,265 | 10 | $34,704,022 |
| Restitution (Uncategorized Case) | – | $0 | – | $0 | – | $0 |
| Actual / Compensatory Damages | 18 | $110,564,698 | 27 | $13,941,310 | 17 | $14,779,717 |
| Statutory Damages (Uncategorized Case) | 2 | $27,380,957 | 1 | $2,385,339 | 1 | $168,448 |
| Emotional Distress Damages (Uncategorized Case) | 1 | $680,300 | – | $0 | – | $0 |
| Penalty Damages | 2 | $711,276 | 1 | $15,711 | 1 | $13,656 |
| Settled Claim Damages (Uncategorized Case) | – | $0 | – | $0 | – | $0 |
| Punitive Damages (Uncategorized Case) | 3 | $201,741,121 | 2 | $2,895,900 | 3 | $14,112,000 |
| Liquidated Damages (Uncategorized Case) | – | $0 | – | $0 | – | $0 |

## Remedies for all federal district court cases

| | Bloom (S.D.Fla.) | Williams (S.D.Fla.) | Moore (S.D.Fla.) |
|---|---|---|---|
| **Permanent Injunction: Grant** | 245 | 140 | 112 |
| **Preliminary Injunction: Grant** | 172 | 93 | 53 |
| **Temporary Restraining Order: Grant** | 143 | 79 | 59 |
| **Permanent Injunction: Deny** | 4 | 1 | – |
| **Preliminary Injunction: Deny** | 24 | 25 | 13 |
| **Temporary Restraining Order: Deny** | 9 | 16 | 12 |
| **Rescission** | 3 | 2 | 2 |
| **Reformation** | – | – | – |
| **Administrative Remand** | 1 | – | 1 |
| **Reinstatement** | – | – | – |
| **Specific Performance** | – | 1 | 1 |
| **Divestiture** | – | – | – |
| **Recovery of Property** | – | – | – |
| **ADA Remediation** | 99 | 84 | 40 |
| **Non-ADA Remediation** | – | – | 1 |
| **Replevin** | – | – | 1 |
| **Appointment of Independent Fiduciary** | – | – | – |
| **Bond for Future Contributions** | – | – | – |
| **Plan Audit** | – | – | – |
| **Promotion** | – | – | – |
| **Security Bond / Performance Guarantee** | – | – | – |
| **Compliance / Remediation Plan** | – | – | – |
| **Relinquish / Permit Access** | 4 | 1 | 3 |
| **Reformation (Real Property)** | – | – | – |
| **Rescission (Real Property)** | – | – | – |
| **Quia Timet / Exoneration** | – | – | – |
| **Relinquish Domain Name** | 118 | 57 | 28 |
| **Cancellation of Registration** | 2 | 2 | 1 |

\* For judge comparisons, case counts reflect cases in which the judge was associated with the case, per the official PACER record. Occasionally, multiple judges are associated with a single case, so some of the Case Resolutions, Damages, Remedies, or Findings in the analytics above may have resulted from orders issued by a judge other than the one shown.

\* To reflect the most current outcomes, these analytics do not include Damages, Remedies, or Findings that were voided or reversed. Learn more.