# EXHIBIT C

| United States Judicial Panel on Multidistrict Litigation | | | | | |
|---|---|---|---|---|---|
| **MDL Statistics Report - Distribution of Pending MDL Dockets by District** | | | | | Report Date: 6/1/2026 |

**MDL Filters:**
Status: Transferred
Limited to **Active Litigations**

| District | Judge (Title) | Docket No. | Litigation | Actions Now Pending | Total Actions (Historical) |
|---|---|---|---|---|---|
| ALN | Anna M. Manasco (U.S. District Judge) | MDL -2406 | IN RE: Blue Cross Blue Shield Antitrust Litigation | 21 | 109 |
| ARE | Kristine G. Baker (Chief Judge, USDC) | MDL -3172 | IN RE: Cartiva Synthetic Cartilage Implant Products Liability Litigation | 18 | 18 |
| AZ | David G. Campbell (Sr. District Judge) | MDL -3081 | IN RE: Bard Implanted Port Catheter Products Liability Litigation | 3,376 | 3,583 |
| CAC | James V. Selna (Sr. District Judge) | MDL -2151 | IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | 5 | 466 |
| | Andre Birotte, Jr (U.S. District Judge) | MDL -2814 | IN RE: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation | 136 | 1,313 |
| | John A. Kronstadt (Sr. District Judge) | MDL -2905 | IN RE: ZF-TRW Airbag Control Units Products Liability Litigation | 27 | 27 |
| | James V. Selna (Sr. District Judge) | MDL -3052 | IN RE: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | 100 | 117 |
| | George H. Wu (Sr. District Judge) | MDL -3144 | IN RE: TikTok, Inc., Minor Privacy Litigation | 12 | 22 |
| CAN | Jon S. Tigar (U.S. District Judge) | MDL -1917 | IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | 54 | 75 |
| | Charles R. Breyer (Sr. District Judge) | MDL -2672 | IN RE: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation | 130 | 1,889 |
| | Vince Chhabria (U.S. District Judge) | MDL -2741 | IN RE: Roundup Products Liability Litigation | 3,909 | 5,295 |
| | Vince Chhabria (U.S. District Judge) | MDL -2843 | IN RE: Facebook, Inc., Consumer Privacy User Profile Litigation | 33 | 50 |
| | William H. Orrick, III (U.S. District Judge) | MDL -2913 | IN RE: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation | 11 | 7,071 |
| | Maxine M. Chesney (Sr. District Judge) | MDL -2918 | IN RE: Hard Disk Drive Suspension Assemblies Antitrust Litigation | 30 | 36 |
| | Haywood S. Gilliam, Jr (U.S. District Judge) | MDL -2951 | IN RE: StubHub Refund Litigation | 6 | 6 |
| | James Donato (U.S. District Judge) | MDL -2981 | IN RE: Google Play Store Antitrust Litigation | 16 | 23 |
| | Edward J. Davila (Sr. District Judge) | MDL -2985 | IN RE: Apple Inc. App Store Simulated Casino-Style Games Litigation | 4 | 11 |
| | Charles R. Breyer (Sr. District Judge) | MDL -2996 | IN RE: McKinsey & Company, Inc., National Prescription Opiate Consultant Litigation | 235 | 262 |
| | Edward J. Davila (Sr. District Judge) | MDL -3001 | IN RE: Google Play Store Simulated Casino-Style Games Litigation | 12 | 13 |
| | Yvonne Gonzalez Rogers (U.S. District Judge) | MDL -3047 | IN RE: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | 2,664 | 2,839 |
| | Charles R. Breyer (Sr. District Judge) | MDL -3084 | IN RE: Uber Technologies, Inc., Passenger Sexual Assault Litigation | 3,571 | 3,859 |
| | Beth Labson Freeman (U.S. District Judge) | MDL -3087 | IN RE: Future Motion, Inc. Products Liability Litigation | 159 | 162 |
| | Edward M. Chen (Sr. District Judge) | MDL -3098 | IN RE: 23andMe, Inc., Customer Data Security Breach Litigation | 41 | 41 |
| | Jacqueline Scott Corley (U.S. District Judge) | MDL -3101 | IN RE: Baby Food Products Liability Litigation | 450 | 463 |
| | Vince Chhabria (U.S. District Judge) | MDL -3161 | IN RE: CCell Closed Cannabis Oil Vaporization Systems and Components Products Antitrust Litigation | 5 | 5 |
| | Richard Seeborg (Chief Judge, USDC) | MDL -3166 | IN RE: Roblox Corporation Child Sexual Exploitation and Assault Litigation | 162 | 167 |
| | Rita F. Lin (U.S. District Judge) | MDL -3171 | IN RE: Lyft, Inc. Passenger Sexual Assault Litigation | 54 | 58 |
| CAS | Dana M. Sabraw (U.S. District Judge) | MDL -2670 | IN RE: Packaged Seafood Products Antitrust Litigation | 5 | 84 |
| | Gonzalo P. Curiel (Sr. District Judge) | MDL -2992 | IN RE: Bank of America California Unemployment Benefits Litigation | 33 | 45 |
| | Jinsook Ohta (U.S. District Judge) | MDL -3125 | IN RE: AngioDynamics, Inc., and Navilyst Medical, Inc., Port Catheter Products Liability Litigation | 391 | 411 |
| | Anthony J. Battaglia (Sr. District Judge) | MDL -3149 | IN RE: PowerSchool Holdings, Inc., and PowerSchool Group, LLC Customer Data Security Breach Litigation | 79 | 89 |
| CO | Philip A. Brimmer (Chief Judge, USDC) | MDL -3160 | IN RE: Archery Products Antitrust Litigation | 24 | 25 |
| DC | Emmet G. Sullivan (Sr. District Judge) | MDL -2165 | IN RE: Endangered Species Act Section 4 Deadline Litigation | 1 | 40 |
| | Colleen Kollar-Kotelly (U.S. District Judge) | MDL -2656 | IN RE: Domestic Airline Travel Antitrust Litigation | 105 | 111 |
| | John D. Bates (U.S. District Judge) | MDL -3162 | IN RE: Class Action Settlement Administration Litigation | 12 | 12 |
| DE | Joshua D. Wolson (U.S. District Judge) | MDL -2358 | IN RE: Google Inc. Cookie Placement Consumer Privacy Litigation | 26 | 26 |
| | Richard G. Andrews (Sr. District Judge) | MDL -2930 | IN RE: Entresto (Sacubitril/Valsartan) Patent Litigation | 1 | 28 |
| | Maryellen Noreika (U.S. District Judge) | MDL -3158 | IN RE: SAP SE, et al., Patent Litigation | 4 | 4 |
| FLM | Roy B. Dalton, Jr (Sr. District Judge) | MDL -3006 | IN RE: Tasigna (Nilotinib) Products Liability Litigation | 36 | 39 |
| FLN | M. Casey Rodgers (U.S. District Judge) | MDL -2885 | IN RE: 3M Combat Arms Earplug Products Liability Litigation | 2 | 391,224 |

| | | | | |
|---|---|---|---|---|
| | M. Casey Rodgers (U.S. District Judge) | MDL -3140 IN RE: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation | 5,508 | 5,590 |
| FLS | Roy K. Altman (U.S. District Judge) | MDL -1916 IN RE: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation | 5 | 31 |
| | Federico A. Moreno (Sr. District Judge) | MDL -2599 IN RE: Takata Airbag Products Liability Litigation | 78 | 350 |
| | K. Michael Moore (U.S. District Judge) | MDL -2832 IN RE: Liquid Toppings Dispensing System ('447) Patent Litigation | 2 | 15 |
| | Darrin P. Gayles (U.S. District Judge) | MDL -2841 IN RE: MONAT Hair Care Products Marketing, Sales Practices and Products Liability Litigation | 13 | 13 |
| | Robin L. Rosenberg (U.S. District Judge) | MDL -2924 IN RE: Zantac (Ranitidine) Products Liability Litigation | 847 | 15,018 |
| | Raag Singhal (U.S. District Judge) | MDL -3015 IN RE: Johnson & Johnson Sunscreen Marketing, Sales Practices and Products Liability Litigation | 0 | 16 |
| | K. Michael Moore (U.S. District Judge) | MDL -3076 IN RE: FTX Cryptocurrency Exchange Collapse Litigation | 35 | 37 |
| GAN | Richard W. Story (Sr. District Judge) | MDL -2782 IN RE: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation | 0 | 4,054 |
| | Leigh Martin May (U.S. District Judge) | MDL -2974 IN RE: Paragard IUD Products Liability Litigation | 4,071 | 4,366 |
| | Eleanor L. Ross (U.S. District Judge) | MDL -3051 IN RE: ARC Airbag Inflators Products Liability Litigation | 24 | 24 |
| | Thomas W. Thrash, Jr (Sr. District Judge) | MDL -3115 IN RE: Consumer Vehicle Driving Data Tracking Litigation | 21 | 35 |
| IAS | Stephen H. Locher (U.S. District Judge) | MDL -3132 IN RE: Midwest Energy Emissions Corp. Patent Litigation | 2 | 7 |
| ILN | Manish S. Shah (U.S. District Judge) | MDL -2492 IN RE: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | 558 | 601 |
| | Virginia M. Kendall (Chief Judge, USDC) | MDL -2867 IN RE: Local TV Advertising Antitrust Litigation | 15 | 23 |
| | Sunil R. Harjani (U.S. District Judge) | MDL -2931 IN RE: Delta Dental Antitrust Litigation | 27 | 28 |
| | Sharon Johnson Coleman (U.S. District Judge) | MDL -2967 IN RE: Clearview AI, Inc., Consumer Privacy Litigation | 0 | 14 |
| | Rebecca R. Pallmeyer (U.S. District Judge) | MDL -3026 IN RE: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation | 798 | 1,002 |
| | Iain D. Johnston (U.S. District Judge) | MDL -3030 IN RE: Deere & Company Repair Services Antitrust Litigation | 14 | 16 |
| | Matthew F. Kennelly (Sr. District Judge) | MDL -3037 IN RE: Recalled Abbott Infant Formula Products Liability Litigation | 14 | 141 |
| | Mary M. Rowland (U.S. District Judge) | MDL -3060 IN RE: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation | 11,723 | 15,898 |
| | Thomas M. Durkin (U.S. District Judge) | MDL -3079 IN RE: Tepezza Marketing, Sales Practices, and Products Liability Litigation | 278 | 287 |
| | Matthew F. Kennelly (Sr. District Judge) | MDL -3121 IN RE: MultiPlan Health Insurance Provider Litigation | 110 | 122 |
| | Sara L. Ellis (U.S. District Judge) | MDL -3152 IN RE: Construction Equipment Rental Antitrust Litigation | 22 | 27 |
| | Robert W. Gettleman (Sr. District Judge) | MDL -3170 IN RE: Trans Union, LLC, Customer Data Security Breach Litigation | 63 | 67 |
| ILS | Nancy J. Rosenstengel (Chief Judge, USDC) | MDL -3004 IN RE: Paraquat Products Liability Litigation | 6,651 | 8,443 |
| INS | Richard L. Young (Sr. District Judge) | MDL -2570 IN RE: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation | 6,537 | 11,473 |
| LAE | Carl J. Barbier (U.S. District Judge) | MDL -2179 IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 1 | 6,158 |
| | Jane Triche Milazzo (U.S. District Judge) | MDL -2740 IN RE: Taxotere (Docetaxel) Products Liability Litigation | 282 | 15,572 |
| | Jane Triche Milazzo (U.S. District Judge) | MDL -3023 IN RE: Taxotere (Docetaxel) Eye Injury Products Liability Litigation | 150 | 433 |
| MA | Nathaniel M. Gorton (Sr. District Judge) | MDL -2566 IN RE: TelexFree Securities Litigation | 3 | 15 |
| | Indira Talwani (U.S. District Judge) | MDL -2768 IN RE: Stryker LFIT V40 Femoral Head Products Liability Litigation | 53 | 1,238 |
| | Denise J. Casper (Chief Judge, USDC) | MDL -2938 IN RE: Evenflo Company, Inc., Marketing, Sales Practices and Products Liability Litigation | 28 | 28 |
| | Patti B. Saris (Sr. District Judge) | MDL -3029 IN RE: Covidien Hernia Mesh Products Liability Litigation (No. II) | 2,408 | 2,414 |
| | Allison D. Burroughs (U.S. District Judge) | MDL -3083 IN RE: MOVEit Customer Data Security Breach Litigation | 239 | 351 |
| | Denise J. Casper (Chief Judge, USDC) | MDL -3154 IN RE: Respimat Pharmaceuticals Antitrust Litigation | 2 | 2 |
| MD | James K. Bredar (Sr. District Judge) | MDL -2775 IN RE: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation | 0 | 1,089 |
| | John P. Bailey (U.S. District Judge) | MDL -2879 IN RE: Marriott International, Inc., Customer Data Security Breach Litigation | 73 | 91 |
| MIE | F. Kay Behm (U.S. District Judge) | MDL -2311 IN RE: Automotive Parts Antitrust Litigation | 16 | 382 |
| | Matthew F. Leitman (U.S. District Judge) | MDL -2818 IN RE: General Motors Air Conditioning Marketing and Sales Practices Litigation | 15 | 15 |
| | Terrence G. Berg (U.S. District Judge) | MDL -3034 IN RE: Neo Wireless, LLC, Patent Litigation | 7 | 9 |
| | David M. Lawson (Sr. District Judge) | MDL -3040 IN RE: Chrysler Pacifica Fire Recall Products Liability Litigation | 11 | 13 |
| | Mark A. Goldsmith (U.S. District Judge) | MDL -3159 IN RE: Keffer Development Services, LLC, Data Security Breach Litigation | 12 | 12 |
| MN | Donovan W. Frank (Sr. District Judge) | MDL -2441 IN RE: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation | 9 | 3,638 |
| | Joan N. Ericksen (Sr. District Judge) | MDL -2666 IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | 8,422 | 10,711 |
| | John R. Tunheim (Sr. District Judge) | MDL -2998 IN RE: Pork Antitrust Litigation | 51 | 54 |
| | John R. Tunheim (Sr. District Judge) | MDL -3031 IN RE: Cattle and Beef Antitrust Litigation | 35 | 36 |
| | Donovan W. Frank (Sr. District Judge) | MDL -3108 IN RE: Change Healthcare, Inc., Customer Data Security Breach Litigation | 135 | 149 |
| | Jerry W. Blackwell (U.S. District Judge) | MDL -3110 IN RE: Granulated Sugar Antitrust Litigation | 53 | 58 |
| | Katherine Marie Menendez (U.S. District Judge) | MDL -3128 IN RE: Dividend Solar Finance, LLC, and Fifth Third Bank Sales and Lending Practices Litigation | 43 | 50 |
| | Jerry W. Blackwell (U.S. District Judge) | MDL -3155 IN RE: Air Crash at Toronto Pearson International Airport on February 17, 2025 | 28 | 28 |

| | | | | |
|---|---|---|---|---|
| MOW | Beth Phillips (Chief Judge, USDC) | MDL -2984  IN RE: Folgers Coffee Marketing and Sales Practices Litigation | 7 | 13 |
| | Brian C. Wimes (U.S. District Judge) | MDL -3073  IN RE: T-Mobile 2022 Customer Data Security Breach Litigation | 18 | 18 |
| MT | Brian Morris (Chief Judge, USDC) | MDL -3126  IN RE: Snowflake, Inc., Data Security Breach Litigation | 74 | 104 |
| NCM | Thomas D. Schroeder (Chief Judge, USDC) | MDL -3062  IN RE: Crop Protection Products Loyalty Program Antitrust Litigation | 26 | 44 |
| NCW | Kenneth D. Bell (U.S. District Judge) | MDL -3036  IN RE: Gardasil Products Liability Litigation | 129 | 258 |
| NH | Landya B. McCafferty (Chief Judge, USDC) | MDL -2753  IN RE: Atrium Medical Corp. C-Qur Mesh Products Liability Litigation | 172 | 3,592 |
| NJ | Claire C. Cecchi (U.S. District Judge) | MDL -1663  IN RE: Insurance Brokerage Antitrust Litigation | 2 | 52 |
| | Karen M. Williams (U.S. District Judge) | MDL -2243  IN RE: Fosamax (Alendronate Sodium) Products Liability Litigation (No. II) | 557 | 1,293 |
| | Michael A. Shipp (U.S. District Judge) | MDL -2738  IN RE: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation | 68,029 | 70,712 |
| | Claire C. Cecchi (U.S. District Judge) | MDL -2789  IN RE: Proton-Pump Inhibitor Products Liability Litigation (No. II) | 11,321 | 18,706 |
| | Renee M. Bumb (Chief Judge, USDC) | MDL -2875  IN RE: Valsartan, Losartan, and Irbesartan Products Liability Litigation | 1,413 | 1,622 |
| | Jamel K. Semper (U.S. District Judge) | MDL -2904  IN RE: American Medical Collection Agency, Inc., Customer Data Security Breach Litigation | 42 | 56 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -2921  IN RE: Allergan Biocell Textured Breast Implant Products Liability Litigation | 1,489 | 1,571 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -2973  IN RE: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation | 293 | 1,988 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -3080  IN RE: Insulin Pricing Litigation | 516 | 613 |
| | Julien Xavier Neals (U.S. District Judge) | MDL -3113  IN RE: Apple Inc. Smartphone Antitrust Litigation | 29 | 45 |
| | Zahid N. Quraishi (U.S. District Judge) | MDL -3134  IN RE: AVYCAZ (Ceftazidime and Avibactam) Patent Litigation | 2 | 2 |
| | Christine P. O'Hearn (U.S. District Judge) | MDL -3138  IN RE: Denosumab Patent Litigation | 7 | 11 |
| NM | James O. Browning (Sr. District Judge) | MDL -2695  IN RE: Santa Fe Natural Tobacco Company Marketing and Sales Practices Litigation | 17 | 17 |
| | Matthew L. Garcia (U.S. District Judge) | MDL -3119  IN RE: Shale Oil Antitrust Litigation | 26 | 26 |
| NYE | Brian M. Cogan (Sr. District Judge) | MDL -1720  IN RE: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | 65 | 135 |
| | Nicholas G. Garaufis (Sr. District Judge) | MDL -3044  IN RE: Exactech Polyethylene Orthopedic Products Liability Litigation | 1,838 | 1,847 |
| | Rachel P. Kovner (U.S. District Judge) | MDL -3096  IN RE: Perry Johnson & Associates Medical Transcription Data Security Breach Litigation | 57 | 57 |
| NYS | Denise L. Cote (Sr. District Judge) | MDL -1358  IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | 4 | 190 |
| | George B. Daniels (Sr. District Judge) | MDL -1570  IN RE: Terrorist Attacks on September 11, 2001 | 371 | 381 |
| | Vernon S. Broderick (U.S. District Judge) | MDL -2542  IN RE: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | 21 | 30 |
| | J. Paul Oetken (U.S. District Judge) | MDL -2704  IN RE: Interest Rate Swaps Antitrust Litigation | 3 | 11 |
| | Jesse M. Furman (U.S. District Judge) | MDL -2859  IN RE: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation | 2 | 332 |
| | Lewis A. Kaplan (Sr. District Judge) | MDL -2865  IN RE: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation | 50 | 187 |
| | P. Kevin Castel (Sr. District Judge) | MDL -3010  IN RE: Google Digital Advertising Antitrust Litigation | 29 | 60 |
| | Paul A. Engelmayer (U.S. District Judge) | MDL -3028  IN RE: ONE Apus Container Ship Incident on November 30, 2020 | 58 | 81 |
| | Denise L. Cote (Sr. District Judge) | MDL -3043  IN RE: Acetaminophen - ASD/ADHD Products Liability Litigation | 58 | 722 |
| | Katherine Polk Failla (U.S. District Judge) | MDL -3050  IN RE: Chantix (Varenicline) Marketing, Sales Practices and Products Liability Litigation (No. II) | 17 | 17 |
| | Lewis J. Liman (U.S. District Judge) | MDL -3097  IN RE: Concrete and Cement Additives Antitrust Litigation | 17 | 17 |
| | Sidney H. Stein (Sr. District Judge) | MDL -3143  IN RE: OpenAI, Inc., Copyright Infringement Litigation | 18 | 19 |
| | Edgardo Ramos (U.S. District Judge) | MDL -3153  IN RE: Coinbase Customer Data Security Breach Litigation | 19 | 22 |
| | Arun Subramanian (U.S. District Judge) | MDL -3178  IN RE: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation | 20 | 20 |
| OHN | Jeffrey J. Helmick (U.S. District Judge) | MDL -2197  IN RE: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation | 114 | 10,454 |
| | Dan A. Polster (Sr. District Judge) | MDL -2804  IN RE: National Prescription Opiate Litigation | 2,930 | 3,182 |
| | J. Philip Calabrese (U.S. District Judge) | MDL -3092  IN RE: Suboxone (Buprenorphine/Naloxone) Film Products Liability Litigation | 1,833 | 1,908 |
| OHS | Edmund A. Sargus, Jr (U.S. District Judge) | MDL -2846  IN RE: Davol, Inc./C.R. Bard, Inc., Polypropylene Hernia Mesh Products Liability Litigation | 23,573 | 25,171 |
| | Douglas R. Cole (U.S. District Judge) | MDL -3157  IN RE: Procter & Gamble Company "Protect, Grow and Restore" Marketing and Sales Practices Litigation | 7 | 7 |
| OKN | Gregory K Frizzell (Chief Judge, USDC) | MDL -2700  IN RE: Genentech, Inc., Herceptin (Trastuzumab) Marketing and Sales Practices Litigation | 13 | 15 |
| PAE | Cynthia M. Rufe (Sr. District Judge) | MDL -1871  IN RE: Avandia Marketing, Sales Practices and Products Liability Litigation | 2 | 5,299 |
| | Joshua D. Wolson (U.S. District Judge) | MDL -2323  IN RE: National Football League Players' Concussion Injury Litigation | 329 | 352 |
| | Timothy J. Savage (Sr. District Judge) | MDL -2460  IN RE: Niaspan Antitrust Litigation | 20 | 23 |
| | Cynthia M. Rufe (Sr. District Judge) | MDL -2724  IN RE: Generic Pharmaceuticals Pricing Antitrust Litigation | 144 | 217 |
| | Harvey Bartle, III (Sr. District Judge) | MDL -2848  IN RE: Zostavax (Zoster Vaccine Live) Products Liability Litigation | 826 | 2,665 |
| | Karen S. Marston (U.S. District Judge) | MDL -3094  IN RE: Glucagon-like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation | 3,763 | 3,797 |
| | Karen S. Marston (U.S. District Judge) | MDL -3163  IN RE: Glucagon-like Peptide-1 Receptor Agonists (GLP-1 RAs) Non-Arteritic Anterior Ischemic Optic Neuropathy Products Liability Litigation | 110 | 110 |

| | | | | |
|---|---|---|---|---|
| PAM | Karoline Mehalchick (U.S. District Judge) | MDL -2816  IN RE: Sorin 3T Heater-Cooler System Products Liability Litigation (No. II) | 2 | 106 |
| PAW | W. Scott Hardy (U.S. District Judge) | MDL -2862  IN RE: Diisocyanates Antitrust Litigation | 12 | 12 |
| | Joy Flowers Conti (Sr. District Judge) | MDL -3014  IN RE: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation | 622 | 1,031 |
| RI | Mary S. McElroy (U.S. District Judge) | MDL -3148  IN RE: GoodRx and Pharmacy Benefit Manager Antitrust Litigation (No. II) | 32 | 32 |
| SC | Richard M. Gergel (U.S. District Judge) | MDL -2873  IN RE: Aqueous Film-Forming Foams Products Liability Litigation | 15,240 | 19,815 |
| | Joseph F. Anderson, Jr (Sr. District Judge) | MDL -2972  IN RE: Blackbaud, Inc., Customer Data Security Breach Litigation | 26 | 31 |
| TNM | Waverly D. Crenshaw, Jr (U.S. District Judge) | MDL -3071  IN RE: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | 13 | 48 |
| TNW | S. Thomas Anderson (U.S. District Judge) | MDL -3035  IN RE: AME Church Employee Retirement Fund Litigation | 6 | 6 |
| TXE | Amos L. Mazzant, III (Chief Judge, USDC) | MDL -3176  IN RE: Rare Breed Triggers Patent Litigation | 19 | 19 |
| TXN | David C. Godbey (Chief Judge, USDC) | MDL -2099  IN RE: Stanford Entities Securities Litigation | 10 | 156 |
| | Ada E. Brown (U.S. District Judge) | MDL -3114  IN RE: AT&T Inc. Customer Data Security Breach Litigation | 139 | 140 |
| UT | David B. Barlow (U.S. District Judge) | MDL -3167  IN RE: Broiler Chicken Grower Antitrust Litigation (No. III) | 6 | 6 |
| VAE | David J. Novak (U.S. District Judge) | MDL -3111  IN RE: Capital One 360 Savings Account Interest Rate Litigation | 1 | 8 |
| WAW | James L. Robart (Sr. District Judge) | MDL -3174  IN RE: Air Crash at Muan International Airport, South Korea on December 29, 2024 | 7 | 7 |
| WIE | Lynn S. Adelman (U.S. District Judge) | MDL -3078  IN RE: Generac Solar Power Systems Marketing, Sales Practices and Products Liability Litigation | 8 | 9 |
| | William C. Griesbach (Sr. District Judge) | MDL -3179  IN RE: Fire Apparatus Antitrust Litigation | 32 | 32 |
| WIW | James D. Peterson (Chief Judge, USDC) | MDL -3175  IN RE: Shell Eggs Antitrust Litigation | 19 | 19 |
| WVN | Thomas S. Kleeh (Chief Judge, USDC) | MDL -3103  IN RE: Aflibercept Patent Litigation | 3 | 10 |
| **Report Totals:** | | 159 | 202,129 | 709,920 |

Total Number of MDL Dockets: **159**
Total Number of Transferee Districts:   **49**

Total Number of Transferee Judges: **138**
    16  Chief Judge, USDC
    42  Sr. District Judge
    80  U.S. District Judge

| -- All Counts Are Based on the Report Filters Selected When Running the Report -- |
|---|

| Docket Count | Range of the Number of Actions *PENDING* in a Docket | Percent of Dockets | Action Count | Percent of Actions |
|---|---|---|---|---|
| 38 | MDLs with between 0 and 10 Pending Actions | 23.9% | 143 | 0.07% |
| 70 | MDLs with between 11 and 100 Pending Actions | 44.03% | 2,230 | 1.1% |
| 30 | MDLs with 101 and 999 Pending Actions | 18.87% | 9,487 | 4.69% |
| 21 | MDLs with 1,000 or more Pending Actions | 13.21% | 190,269 | 94.13% |

| Docket Count | Range of the Number of *TOTAL* Actions in a Docket | Percent of Dockets | Action Count | Percent of Actions |
|---|---|---|---|---|
| 14 | MDLs with between 0 and 10 Actions | 8.81% | 88 | 0.01% |
| 72 | MDLs with between 11 and 100 Actions | 45.28% | 2,355 | 0.33% |
| 33 | MDLs with 101 and 999 Actions | 20.75% | 9,087 | 1.28% |
| 40 | MDLs with 1,000 or more Actions | 25.16% | 698,390 | 98.38% |