**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: Health Gorilla, Inc., et. al., Data Security Breach Litigation** | **MDL NO. 3193** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedures for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing document was filed and served electronically through the CM/ECF system and by email on all counsel of records. A copy of the foregoing has been mailed via First-Class United States Mail to the following:

Mammoth Path Solutions, LLC
1660 Clay St.
Santa Clara, CA 95050-4612

University of Illinois Hospital & Health Sciences System
258 Henry Administration Building
506 S. Wright Street
Urbana, IL 61801

Dated: June 29, 2026

Respectfully submitted,

/s/ *Jennifer S. Stegmaier*
Jennifer S. Stegmaier
Illinois ARDC No. 06256724
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER, LLP
161 N Clark - Suite 4500
Chicago, IL 60601
312.821.6167 (Direct)
jennifer.stegmaier@wilsonelser.com

*Counsel for Movant Defendant Health Gorilla, Inc.*

*CONTACT LIST OF COUNSEL/PARTIES:*

*IN RE: Health Gorilla, Inc., et al., Data Security Breach Ligitation, MDL No. 3193 (U.S. Judicial Panel on Multidistrict Litigation)*

Counsel for Plaintiff Ricky Lott associated Case: FLS/1:26-cv-21639 (modified on 6/2/2026):

**Marc E. Dann**
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
Tele: 216-373-0539
Fax: 216-373-0536
Email: mdann@dannlaw.com

Counsel for Plaintiff Holly Hughes associated Case: FLS/1:26-cv-21952:

**Kara Kapp**
Milberg PLLC
5335 Wisconsin Ave. NW, Suite 440
Washington, D.C. 20015
Tele: 516-620-4219
Fax: None
Email: kkapp@milberg.com

**Jeffrey Ostrow (withdrawn)**
Kopelowitz Ostrow PA
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tele: 954-332-4200
Fax: 954-525-4100
Email: ostrow@kolawyers.com

Counsel for Plaintiffs Edward Fox and Suzanne Bryan associated Case: CAC/2-26-cv-04678:

**Leigh S. Montgomery**
EKSM LLP
4200 Montrose Blvd., Suite 200
Suite 200
Houston, TX 77006
Tele: 888-350-3931
Fax: 888-276-3455
Email: Service@eksm.com

Counsel for Defendant Reid Hospital and Health Care Services, Inc. d/b/a Reid Health associated Case: CAC/2-26-cv-04678:

**David B. Honig**
Hall Render Killian Health & Lyman, P.C.
500 N. Meridian Street, Suite 400
Indianapolis, IN 46204-1293
Tele: 317-977-1543 (NOA)
Tele: 317-977-1447 (Certificate of Service)
Fax: 317-633-4878
Email: dhonig@hallrender.com

Counsel for Defendant The Rector and Visitors of the University of Virginia, erroneously sued as "UVA Health" associated Case: CAC/2-26-cv-01938:

**Wendy C. McGraw**
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, Virginia 23219-4074
Tele: 757-540-5336
Fax: 804-788-8218
Email: wmcgraw@hunton.com

Counsel for Plaintiff Steve Patterson associated Case: CAC/2-26-cv-01938:

**Scott Edward Cole**
Cole and Van Note
555 12th Street, Suite 2100
Oakland, CA 94607
Tele: 510-891-9800
Fax: None
Email: sec@colevannote.com

Counsel for Plaintiff Priscilla Banh associated Case: WIW/3:26-cv-00216:

**Leigh S. Montgomery**
EKSM LLP
4200 Montrose Blvd., Suite 200
Suite 200
Houston, TX 77006
Tele: 888-350-3931
Fax: 888-276-3455
Email: Service@eksm.com

Counsel for Defendant Epic Systems Corporation associated Cases: CAC/2-26-cv-01938, CAC/2:26-cv-04678, WIW/3:26-cv-00216 (appeared on 6/15/2026 – no errata or withdrawal of appearance filed), and Potential Tag-Along Action 1:26-cv-04629 (N.D. Illinois):

**Michael D. Leffel**
Foley & Lardner LLP
150 East Gilman Street, Suite 5000
Madison, WI 53703
**Tele:** 608-257-5035
**Fax:** 608-258-4258
Email: mleffel@foley.com

Counsel for Defendant Trinity Health Corp. associated Case: MIE/4:26-cv-10948 and MIE/4:26-cv-10989:

**Justin Holmes**
1717 Arch St. #610
Philadelphia, PA 19103
Tele: 212-453-0787
Fax: None
Email: jhomes@grsm.com

## *DISTRICT COURT DOCKETS*

### *Steve Patterson v. UVA Health, Epic Systems Corporation, Health Gorilla, and Mammoth Path Solutions, LLC,* **Case No. 2:26-cv-01938 (C.D. Cal.)**

Counsel for Plaintiff Steven Patterson:

**Mark T. Freeman**
Cole and Van Note
555 12th Street, Suite 2100
Oakland, CA 94607
510-891-9800
Fax: 510-891-7030
Email: mtf@colevannote.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Grace Van Note**
Cole and Van Note
555 12th Street, Suite 2100
Oakland, CA 94607
510-891-9800
Email: lvn@colevannote.com
*ATTORNEY TO BE NOTICED*

**Scott Edward Cole**
Cole and Van Note

555 12th Street, Suite 2100
Oakland, CA 94607
510-891-9800
Email: sec@colevannote.com
*ATTORNEY TO BE NOTICED*

Counsel for Defendant, The Rector and Visitors of the University of Virginia, erroneously sued as UVA Health:

**Hakop Stepanyan**
Hunton Andrews Kurth LLC
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
213-532-2000
Email: hstepanyan@huntonak.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Jonathan Kim**
Hunton Andrews Kurth LLP
550 South Hope Street Suite 2000
Los Angeles, CA 90071
213-532-2000
Fax: 213-532-2020
Email: kimj@huntonak.com
*ATTORNEY TO BE NOTICED*

**Paige Van Oosten**
Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
503-737-9189
Email: pvanoosten@hunton.com
*ATTORNEY TO BE NOTICED*

Counsel for Defendant Epic Systems Corporation:

**John Joseph Atallah**
Foley and Lardner LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
213-972-4834
Fax: 213-486-0065
Email: jatallah@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Counsel for Health Gorilla, Inc.:

**Ian Stewart**
Wilson Elser Moskowitz Edelman and Dicker LLP
555 South Flower Street Suite 2900
Los Angeles, CA 90071
213-443-5100
Fax: 213-443-5101
Email: ian.stewart@wilsonelser.com
*ATTORNEY TO BE NOTICED*

Defendant Mammoth Path Solutions, LLC  (no appearance on file for this case)

Mammoth Path Solutions, LLC
1660 Clay St.
Santa Clara, CA 95050-4612

***Edward Fox and Suzanne Bryan v. Epic Systems Corporation, Reid Hospital & Health Care Services, Inc., Health Gorilla, Inc., and Mammoth Path Solutions, LLC*, Case No. 2:26-cv-04678 (C.D. Cal.)**

Counsel for Plaintiffs Edward Fox and Suzanne Bryan:

**Leigh S. Montgomery**
EKSM LLP
4200 Montrose Blvd., Suite 200
Suite 200
Houston, TX 77006
888-350-3931
Fax: 888-276-3455
Email: lmontgomery@eksm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Edward Cole**
Cole and Van Note
555 12th Street, Suite 2100
Oakland, CA 94607
510-891-9800
Email: sec@colevannote.com
*ATTORNEY TO BE NOTICED*

**Mark T. Freeman**
Cole and Van Note

555 12th Street, Suite 2100
Oakland, CA 94607
510-891-9800
Fax: 510-891-7030
Email: mtf@colevannote.com
*ATTORNEY TO BE NOTICED*

Counsel for Defendant Mammoth Path Solutions, LLC:

**Ekwan E. Rhow**
Bird Marella Rhow Lincenberg Drooks and Nessim, LLP
1875 Century Park East, Suite 2300
Los Angeles, CA 90067
310-201-2100
Fax: 310-201-2110
Email: erhow@birdmarella.com
*ATTORNEY TO BE NOTICED*

**Marc E Masters**
Bird, Marella, Rhow, Lincenberg, Drooks and Nessim, LLP
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
310-210-2100
Fax: 310-201-2110
Email: mmasters@birdmarella.com
*ATTORNEY TO BE NOTICED*

**Sharon Ben-Shahar Mayer**
Bird Marella Rhow Lincenberg Drooks and Nessim, LLP
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
310-201-2100
Fax: 310-201-2110
Email: smayer@birdmarella.com
*ATTORNEY TO BE NOTICED*

Counsel for Defendant Health Gorilla:

**Ian Stewart**
Wilson Elser Moskowitz Edelman & Dicker LLP
555 South Flower Street Suite 2900
Los Angeles, CA 90071
213.443.5100 (Main)
Email: ian.stewart@wilsonelser.com
*ATTORNEY TO BE NOTICED*

Defendant Epic Systems Corporation (appearance filed in MDL on 6-15-2026):

> **Michael D. Leffel**
> Foley & Lardner LLP
> 150 East Gilman Street, Suite 5000
> Madison, WI 53703
> **Tele:** 608-257-5035
> **Fax:** 608-258-4258
> Email: mleffel@foley.com

Defendant Reid Hospital and Health Care Services, Inc. (appearance filed in MDL on 6-15-2026):

> **David B. Honig**
> Hall Render Killian Health & Lyman, P.C.
> 500 N. Meridian Street, Suite 400
> Indianapolis, IN 46204-1293
> Tele: 317-977-1543 (NOA)
> Tele: 317-977-1447 (Certificate of Service)
> Fax: 317-633-4878
> Email: dhonig@hallrender.com

***Justina Pabon v. Trinity Health Corporation and Health Gorilla, Inc.*, Case No. 4:26-cv-10989 (E.D. Mich.)**

Counsel for Plaintiff Justina Pabon:

> **Scott Jourdan Falgoust**
> Bryson Harris Suciu & DeMay PLLC
> 5301 Canal Street
> New Orleans, LA 70124
> 919-585-4634
> Email: sfalgoust@brysonpllc.com
> *ATTORNEY TO BE NOTICED*

> **Nick Suciu , III**
> Bryson Harris Suciu & DeMay PLLC
> 6905 Telegraph Rd.
> Suite 115
> Bloomfield Hills, MI 48301
> 616-678-2180
> Email: nsuciu@brysonpllc.com
> *ATTORNEY TO BE NOTICED*

Counsel for Defendant Trinity Health Corporation:

**Krystal Dickow Hermiz**
Gordon Rees Scully Mansukhani, LLP
37000 Woodward Ave
Ste. 225
Bloomfield Hills, MI 48304
313-756-6433
Email: khermiz@grsm.com
*ATTORNEY TO BE NOTICED*

Counsel for Defendant Health Gorilla, Inc.:

**William S. Cook**
Wilson Elser Moskowitz Edelman & Dicker LLP
17197 N. Laurel Park Dr
Ste 201
Livonia, MI 48152
313-327-3113
Fax: 313-327-3100
Email: william.cook@wilsonelser.com
*ATTORNEY TO BE NOTICED*

*Jeffrey S. Jackson v. Trinity Health Corporation and Health Gorilla, Inc.,* **Case No. 4:26-cv-10948 (E.D. Mich.)**

Counsel for Plaintiff Jeffrey S. Jackson:

**Marc H. Edelson**
Edelson Lechtzin LLP
411 S. State Street
Ste N-300
Newtown, PA 18940
215-867-2399
Fax: 267-685-0676
Email: medelson@edelson-law.com
*ATTORNEY TO BE NOTICED*

Defendant Trinity Health Corporation:
**Krystal Dickow Hermiz**
Gordon Rees Scully Mansukhani, LLP
37000 Woodward Ave
Ste. 225
Bloomfield Hills, MI 48304
313-756-6433
Email: khermiz@grsm.com
*ATTORNEY TO BE NOTICED*

Counsel for Defendant Health Gorilla, Inc.:

**William S. Cook**
Wilson Elser
17197 N. Laurel Park Dr
Ste 201
Livonia, MI 48152
313-327-3113
Fax: 313-327-3100
Email: william.cook@wilsonelser.com
*ATTORNEY TO BE NOTICED*

### *Lott v. Health Gorilla, Inc.*, Case No. 1:26-cv-21639 (S.D. Fla.)

Counsel for Plaintiff Ricky Lott and Consolidated Plaintiffs: Holly Hughes, Tatyana Malenkovich, Amy Hawkins, Randall Brink, Judi Delis:

**Jeffrey Miles Ostrow**
Kopelowitz Ostrow PA
1 W. Las Olas Blvd.
Suite 500
Fort Lauderdale, FL 33301-4216
954-525-4100
Fax: 954-525-4300
Email: ostrow@kolawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Andrew Smith , Jr.**
Dann Law
15000 Madison Ave
Lakewood, OH 44107
(216) 254-1034
Fax: (216) 373-0536
Email: msmith@dannlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc E. Dann**
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
216-373-0539
Email: notices@dannlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
Zimmerman Law Offices, P.C.
77 West Washington Street
Suite 1220
Chicago, IL 60602
(312) 440-0020
Email: firm@attorneyzim.com
*ATTORNEY TO BE NOTICED*

**Andrew William Hausdorff**
**Kopelowitz Ostrow P.A.**
1 W Las Olas Blvd., Suite 500
Ft. Lauderdale, FL 33301
9548017760
Email: hausdorff@kolawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mariya Weekes**
Milberg Coleman Bryson Phillips Grossman, PLLC
333 SE 2nd Avenue
Suite 2000
Miami, Florida 33131
954-647-1866
Email: mweekes@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Bennett Homer**
DYNAMIS LLP
225 Franklin Street, 26th Floor
BOSTON, MA 02110
6176939732
Email: mhomer@dynamisllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

***Tonyia Jean Johnson***
Shamis Gentile, P.A.
14 NE 1st Ave
Suite 705
Miami, FL 33132
3054792299
Email: tjohnson@shamisgentile.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Counsel for Defendant Health Gorilla:

**John Yates Benford**
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue
Suite 1200
Orlando, FL 32801
407-203-7599
Fax: 407-648-1376
Email: john.benford@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia Grimke Young**
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue
Suite 1200
Orlando, FL 32801
407-203-7599
Fax: 407-648-1376
Email: julia.young@wilsonelser.com
*ATTORNEY TO BE NOTICED*

Counsel for Consolidated Defendant Unique Medi Tech LLC (*Terminated 5/22/2026*):

**Jay Kim**
Kim Vaughan Lerner LLP
312 SE 17th Street
Suite 300
Fort Lauderdale, FL 33316
954-527-1115
Email: jkim@kvllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Counsel for Consolidated Defendant Mammoth Path Solution, LLC (*Terminated 5/22/2026*):

**Jay Kim**
Kim Vaughan Lerner LLP
312 SE 17th Street
Suite 300
Fort Lauderdale, FL 33316
954-527-1115

Email: jkim@kvllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Hannul Roman**
Kim Vaughan Lerner LLP
312 SE 17th Street
Suite 300
Fort Lauderdale, FL 33316
(954) 527-1115
Fax: (954) 527-1116
Email: jroman@kvllaw.com
*ATTORNEY TO BE NOTICED*

Counsel Consolidated Defendant Mammoth RX, Inc. (*Terminated 5/22/2026*):

**Jay Kim**
Kim Vaughan Lerner LLP
312 SE 17th Street
Suite 300
Fort Lauderdale, FL 33316
954-527-1115
Email: jkim@kvllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Hannul Roman**
Kim Vaughan Lerner LLP
312 SE 17th Street
Suite 300
Fort Lauderdale, FL 33316
(954) 527-1115
Fax: (954) 527-1116
Email: jroman@kvllaw.com *(Inactive)*
*ATTORNEY TO BE NOTICED*

Counsel for Consolidated Defendant Unit 387 LLC (*Terminated 5/22/2026*):

**Merema Mary Nikezic**
Zarco, Einhorn, Salkowski & Brito, P.A.
2 S. Biscayne Blvd.
34th Floor
Miami, FL 33131
773-251-8846
Email: mnikezic@zarcolaw.com
*ATTORNEY TO BE NOTICED*

**Robert Francis Salkowski**
Zarco, Einhorn, Salkowski & Brito, P.A.
2 S. Biscayne Blvd.
34th Floor
Miami, FL 33131
305-374-5418
Fax: 305-374-5428
Email: rsalkowski@zarcolaw.com
*ATTORNEY TO BE NOTICED*

Counsel for Consolidated Defendant Trinity Health Corporation (*Terminated 5/22/2026*):

**Joseph Michael Paulino**
10440 North Miami Ave
Miami Shores, FL 33150
7868043760
Email: jpaulino@grsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Consolidated Defendant SelfRX, LLC (no appearance on file in this case) (*Terminated 5/22/2026*):

SelfRX, LLC
36 Cummings Park
Woburn, MA 01801

Consolidated Defendant Ravillamed PLLC (no appearance on file in this case) (*Terminated 5/22/2026*):

Ravillamed PLLC
2119 E Norris St
Philadelphia, PA 19125-1924

Consolidated Defendant Critical Care Nurse Consultants, LLC (no appearance on file in this case) (*Terminated 5/22/2026*):

Critical Care Nurse Consultants, LLC
23360 Bridle View Dr.
Lindale, TX 75771-5511

*Delis v. Health Gorilla Inc., et al.*, Case No. 1:26-cv-22178 (S.D. Fla.)
Consolidated with *Lott* – See above.

*Hawkins v. Health Gorilla, Inc., et al.*, Case No. 1:26-cv-22328 (S.D. Fla.)

Consolidated with *Lott* – See above.

***Malenkovich v. Health Gorilla, Inc.*, Case No. 1:26-cv-22757 (S.D. Fla.)**
Consolidated with *Lott* – See above.

**<u>*Priscilla Banh v. Epic Systems Corporation and UCSF Health Community Hospitals*, Case No. 3:26-cv-00216-amb (W.D. Wis.)</u>**

Counsel for Plaintiffs:

> **Nickolas J. Hagman**
> Cafferty Clobes Meriwether & Sprengel LLP
> 135 S. LaSalle Street.
> Suite 3210
> Chicago, IL 60603
> 312-276-3404
> Email: nhagman@caffertyclobes.com
> *ATTORNEY TO BE NOTICED*

Counsel for Defendant Epic Systems Corporation:

> **Eric Joseph Hatchell**
> Foley & Lardner LLP
> 150 East Gilman St.
> P.O. Box 1497
> Madison, WI 53701
> 608-258-4270
> Fax: 608-258-4258
> Email: ehatchell@foley.com
> *LEAD ATTORNEY*
> *ATTORNEY TO BE NOTICED*

> **Amber Renee Quinlan Willette**
> Foley & Lardner LLP
> 150 East Gilman Street
> Suite 5000
> Madison, WI 53703
> 772-453-4505
> Email: amber.quinlanwillette@foley.com
> *ATTORNEY TO BE NOTICED*

> **Michael D. Leffel**
> Foley & Lardner LLP
> 150 East Gilman Street
> Suite 5000
> Madison, WI 53703-1482

608-257-5035
Email: mleffel@foley.com
*ATTORNEY TO BE NOTICED*

Counsel for Defendant UCSF Health Community Hospitals:

**Stephanie F. Jones**
Gordon Rees Scully Mansukhani, LLP
1 North Wacker Drive
Suite 1600
Chicago, IL 60606
312-619-4934
Email: sfjones@grsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

***Aaron Berry v. Epic Systems, University of Illinois Hospital & Health Sciences System, and Epic Systems Corporation,* Case No. 1:26-cv-04629 (N.D. Ill.)**

Counsel for Plaintiff Aaron Berry:

**Colleen Elizabeth Garvey**
STRANCH JENNINGS PLLC - St. Louis
701 Market Street
Suite 1510
St. Louis, MO 63101
314-374-6306
Fax: Not a member
Email: cgarvey@stranchlaw.com
*ATTORNEY TO BE NOTICED*

Counsel for Epic Systems Corporation:

**Michael D Leffel**
Foley & Lardner LLP
Suite 5000
150 East Gilman Street
Madison, WI 53703-1482
608-257-5035
Email: mleffel@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mason Daniel Roberts**
Foley & Lardner Llp

321 N Clark Street
Suite 2800
Chicago, IL 60654
(312) 832-4500
Fax: Not a member
Email: mroberts@foley.com
*ATTORNEY TO BE NOTICED*

University of Illinois Hospital & Health Sciences System – No appearance on file.

University of Illinois Hospital & Health Sciences System
258 Henry Administration Building
506 S. Wright Street
Urbana, IL 61801

Counsel for Epic Systems Corporation:

**Mason Daniel Roberts**
Foley & Lardner Llp
321 N Clark Street
Suite 2800
Chicago, IL 60654
(312) 832-4500
Fax: Not a member
Email: mroberts@foley.com
*ATTORNEY TO BE NOTICED*