**MDL No. 3193 – IN RE: Health Gorilla, Inc., et al., Data Security Breach Litigation**
<u>**Health Gorilla, Inc.'s Schedule of Actions**</u>

<u>Central District of California:</u>

- Steven Patterson v. UVA Health, Epic Systems Corporation, Health Gorilla, and Mammoth Path Solutions, Inc., CAC/2:26-cv-01938

- Edward Fox and Suzanne Bryan v. Epic Systems Corporation, Reid Hospital and Health Care Services, Inc., Health Gorilla, Inc., Mammoth Path Solution, LLC, CAC/2:26-cv-04678

<u>Eastern District of Michigan:</u>

- Jeffrey S. Jackson v. Trinity Health Corporation and Health Gorilla, Inc., MIE/4:26-cv-10948

- Justina Pabon v. Trinity Health Corporation and Health Gorilla, Inc., MIE/4:26-cv-10989

<u>Southern District of Florida:</u>

- Ricky Lott, Holly Hughes, Tatyana Malenkovich, Amy Hawkins, Randall Brink, and Julie Delis v. Health Gorilla, Inc., S.D. Florida, FLS/1:26-cv-21639

- Judi Delis v. Health Gorilla, Inc. and Trinity Health Corporation, FLS/1:26-cv-22178

- Amy Hawkins and Randall Brink v. Health Gorilla, Inc., Ravillamed PLLC, Unique Medi Tech LLC d/b/a Mammoth DX, Mammoth Path Solution, LLC, Mammoth RX, Inc., Unit 387 LLC, SelfRX, LLC d/b/a Myself.health, and Critical Care Nurse Consultants, LLC d/b/a Guarddog Telehealth, FLS/1:26-cv-22328

- Tatyana Malenkovich v. Health Gorilla, Inc., FLS/1:26-cv-22757

- Holly Hughes v. Health Gorilla, Inc., FLS/1:26-cv-21952