# EXHIBIT A

- Pabon v. Trinity Health Corp. & Health Gorilla, Inc. (Case No: 4:26-cv-10989)(E.D. Michigan)

- Jackson v. Trinity Health Corp. & Health Gorilla, Inc. (Case No: 4:26-cv-10948) (E.D. Michigan)