**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: HEALTH GORILLA, INC., ET AL., DATA SECURITY BREACH LITIGATION** | **MDL NO. 3193** |

**EPIC SYSTEMS CORPORATION'S SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Steven Patterson v. UVA Health; Epic Systems Corporation; Health Gorilla; Mammoth Path Solution, LLC | United States District Court for the Central District of California (Western Division – Los Angeles) | 2:26-cv-01938-PA-E | District Judge Percy Anderson |
| Edward Fox, et al. v. Epic Systems Corporation; Reid Hospital & Health Care Services, Inc.; Health Gorilla, Inc.; Mammoth Path Solution, LLC | United States District Court for the Central District of California (Western Division – Los Angeles) | 2:26-cv-04678-FMO-MAR | District Judge Fernando M. Olguin |
| Aaron Berry v. University of Illinois Hospital & Health Sciences System; Epic Systems Corporation | United States District Court for the Northern District of Illinois | 1:26-cv-04629 | District Judge Mary M. Rowland |

1