**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: HEALTH GORILLA, INC., ET AL., DATA SECURITY BREACH LITIGATION** | **MDL NO. 3193** |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedures for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing document was filed and served electronically through the CM/ECF system on all counsel of record. A copy of the foregoing has been mailed via First-Class United States Mail to the following defendant:

> University of Illinois Hospital & Health Sciences System
> 258 Henry Administration Building
> 506 S. Wright Street
> Urbana, IL 61801

Dated: July 6, 2026

Respectfully submitted,

*/s/ Michael D. Leffel*
FOLEY & LARDNER LLP
150 East Gilman Street, Suite 5000
Madison, WI 53703-1482
Telephone: (608) 257-5035
Facsimile: (608) 258-4258
mleffel@foley.com

*Counsel for Defendant Epic Systems Corporation*

1

<u>**LIST OF COUNSEL/PARTIES FOR SERVICE:**</u>

<u>***Steve Patterson v. UVA Health, Epic Systems Corporation, Health Gorilla, and Mammoth Path Solution, LLC,* Case No. 2:26-cv-01938 (C.D. Cal.)**</u>

Counsel for Plaintiff Steven Patterson:

> **Mark T. Freeman**
> Cole and Van Note
> 555 12th Street, Suite 2100
> Oakland, CA 94607
> 510-891-9800
> Fax: 510-891-7030
> Email: mtf@colevannote.com
> *LEAD ATTORNEY*
> *ATTORNEY TO BE NOTICED*

> **Laura Grace Van Note**
> Cole and Van Note
> 555 12th Street, Suite 2100
> Oakland, CA 94607
> 510-891-9800
> Email: lvn@colevannote.com
> *ATTORNEY TO BE NOTICED*

> **Scott Edward Cole**
> Cole and Van Note
> 555 12th Street, Suite 2100
> Oakland, CA 94607
> 510-891-9800
> Email: sec@colevannote.com
> *ATTORNEY TO BE NOTICED*

Counsel for Defendant, The Rector and Visitors of the University of Virginia, erroneously sued as UVA Health:

> **Hakop Stepanyan**
> Hunton Andrews Kurth LLC
> 550 South Hope Street, Suite 2000
> Los Angeles, CA 90071
> 213-532-2000
> Email: hstepanyan@huntonak.com
> *LEAD ATTORNEY*
> *ATTORNEY TO BE NOTICED*

**Jason Jonathan Kim**
Hunton Andrews Kurth LLP
550 South Hope Street Suite 2000
Los Angeles, CA 90071
213-532-2000
Fax: 213-532-2020
Email: kimj@huntonak.com
*ATTORNEY TO BE NOTICED*

**Paige Van Oosten**
Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
503-737-9189
Email: pvanoosten@hunton.com
*ATTORNEY TO BE NOTICED*

Counsel for Health Gorilla, Inc.:

**Ian Stewart**
Wilson Elser Moskowitz Edelman and Dicker LLP
555 South Flower Street Suite 2900
Los Angeles, CA 90071
213-443-5100
Fax: 213-443-5101
Email: ian.stewart@wilsonelser.com
*ATTORNEY TO BE NOTICED*

Defendant Mammoth Path Solution, LLC:

**Sharon Ben-Shahar Mayer**
Bird Marella Rhow Lincenberg Drooks and Nessim, LLP
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
310-201-2100
Fax: 310-201-2110
Email: smayer@birdmarella.com
*ATTORNEY TO BE NOTICED*

***Edward Fox and Suzanne Bryan v. Epic Systems Corporation, Reid Hospital & Health Care Services, Inc., Health Gorilla, Inc., and Mammoth Path Solution, LLC*, Case No. 2:26-cv-04678 (C.D. Cal.)**

Counsel for Plaintiffs Edward Fox and Suzanne Bryan:

**Leigh S. Montgomery**

3

EKSM LLP
4200 Montrose Blvd., Suite 200
Suite 200
Houston, TX 77006
888-350-3931
Fax: 888-276-3455
Email: lmontgomery@eksm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Edward Cole**
Cole and Van Note
555 12th Street, Suite 2100
Oakland, CA 94607
510-891-9800
Email: sec@colevannote.com
*ATTORNEY TO BE NOTICED*

**Mark T. Freeman**
Cole and Van Note
555 12th Street, Suite 2100
Oakland, CA 94607
510-891-9800
Fax: 510-891-7030
Email: mtf@colevannote.com
*ATTORNEY TO BE NOTICED*

Counsel for Defendant Mammoth Path Solution, LLC:

**Ekwan E. Rhow**
Bird Marella Rhow Lincenberg Drooks and Nessim, LLP
1875 Century Park East, Suite 2300
Los Angeles, CA 90067
310-201-2100
Fax: 310-201-2110
Email: erhow@birdmarella.com
*ATTORNEY TO BE NOTICED*

**Marc E Masters**
Bird, Marella, Rhow, Lincenberg, Drooks and Nessim, LLP
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
310-210-2100
Fax: 310-201-2110
Email: mmasters@birdmarella.com

4

*ATTORNEY TO BE NOTICED*

**Sharon Ben-Shahar Mayer**
Bird Marella Rhow Lincenberg Drooks and Nessim, LLP
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
310-201-2100
Fax: 310-201-2110
Email: smayer@birdmarella.com
*ATTORNEY TO BE NOTICED*

Counsel for Defendant Health Gorilla:

**Ian Stewart**
Wilson Elser Moskowitz Edelman & Dicker LLP
555 South Flower Street Suite 2900
Los Angeles, CA 90071
213.443.5100 (Main)
Email: ian.stewart@wilsonelser.com
*ATTORNEY TO BE NOTICED*

Defendant Reid Hospital and Health Care Services, Inc.:

Reid Hospital and Health Care Services, Inc.:
1100 Reid Parkway
Richmond, IN 47374

**David B. Honig**
HALL RENDER KILLIAN HEATH & LYMAN, P.C.
500 N. Meridian Street, Suite 400
Indianapolis, IN 46204-1293
Ph: 317-977-1543
Fax: 317-633-4878
Email: dhonig@hallrender.com

***Justina Pabon v. Trinity Health Corporation and Health Gorilla, Inc.*, Case No. 4:26-cv-10989 (E.D. Mich.)**

Counsel for Plaintiff Justina Pabon:

**Scott Jourdan Falgoust**
Bryson Harris Suciu & DeMay PLLC
5301 Canal Street
New Orleans, LA 70124
919-585-4634
Email: sfalgoust@brysonpllc.com

5

*ATTORNEY TO BE NOTICED*

**Nick Suciu , III**
Bryson Harris Suciu & DeMay PLLC
6905 Telegraph Rd.
Suite 115
Bloomfield Hills, MI 48301
616-678-2180
Email: nsuciu@brysonpllc.com
*ATTORNEY TO BE NOTICED*

Counsel for Defendant Trinity Health Corporation:

**Krystal Dickow Hermiz**
Gordon Rees Scully Mansukhani, LLP
37000 Woodward Ave
Ste. 225
Bloomfield Hills, MI 48304
313-756-6433
Email: khermiz@grsm.com
*ATTORNEY TO BE NOTICED*

Counsel for Defendant Health Gorilla, Inc.:

**William S. Cook**
Wilson Elser Moskowitz Edelman & Dicker LLP
17197 N. Laurel Park Dr, Ste 201
Livonia, MI 48152
313-327-3113
Fax: 313-327-3100
Email: william.cook@wilsonelser.com
*ATTORNEY TO BE NOTICED*

***Jeffrey S. Jackson v. Trinity Health Corporation and Health Gorilla, Inc.*, Case No. 4:26-cv-10948 (E.D. Mich.)**

Counsel for Plaintiff Jeffrey S. Jackson:

**Marc H. Edelson**
Edelson Lechtzin LLP
411 S. State Street
Ste N-300
Newtown, PA 18940
215-867-2399
Fax: 267-685-0676
Email: medelson@edelson-law.com

6

*ATTORNEY TO BE NOTICED*

Defendant Trinity Health Corporation:

**Krystal Dickow Hermiz**
Gordon Rees Scully Mansukhani, LLP
37000 Woodward Ave
Ste. 225
Bloomfield Hills, MI 48304
313-756-6433
Email: khermiz@grsm.com
*ATTORNEY TO BE NOTICED*

Counsel for Defendant Health Gorilla, Inc.:

**William S. Cook**
Wilson Elser
17197 N. Laurel Park Dr
Ste 201
Livonia, MI 48152
313-327-3113
Fax: 313-327-3100
Email: william.cook@wilsonelser.com
*ATTORNEY TO BE NOTICED*

***Lott v. Health Gorilla, Inc.,* Case No. 1:26-cv-21639 (S.D. Fla.)**

Counsel for Plaintiff Ricky Lott and Consolidated Plaintiffs: Holly Hughes, Tatyana
Malenkovich, Amy Hawkins, Randall Brink, Judi Delis:

**Jeffrey Miles Ostrow**
Kopelowitz Ostrow PA
1 W. Las Olas Blvd.
Suite 500
Fort Lauderdale, FL 33301-4216
954-525-4100
Fax: 954-525-4300
Email: ostrow@kolawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Andrew Smith , Jr.**
Dann Law
15000 Madison Ave
Lakewood, OH 44107
(216) 254-1034

7

Fax: (216) 373-0536
Email: msmith@dannlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc E. Dann**
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
216-373-0539
Email: notices@dannlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Zimmerman , Jr.**
Zimmerman Law Offices, P.C.
77 West Washington Street
Suite 1220
Chicago, IL 60602
(312) 440-0020
Email: firm@attorneyzim.com
*ATTORNEY TO BE NOTICED*

**Andrew William Hausdorff**
Kopelowitz Ostrow P.A.
1 W Las Olas Blvd., Suite 500
Ft. Lauderdale, FL 33301
9548017760
Email: hausdorff@kolawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mariya Weekes**
Milberg Coleman Bryson Phillips Grossman, PLLC
333 SE 2nd Avenue
Suite 2000
Miami, Florida 33131
954-647-1866
Email: mweekes@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Bennett Homer**
DYNAMIS LLP
225 Franklin Street, 26th Floor
BOSTON, MA 02110

6176939732
Email: mhomer@dynamisllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

***Tonyia Jean Johnson***
Shamis Gentile, P.A.
14 NE 1st Ave
Suite 705
Miami, FL 33132
3054792299
Email: tjohnson@shamisgentile.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Counsel for Defendant Health Gorilla:

**John Yates Benford**
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue
Suite 1200
Orlando, FL 32801
407-203-7599
Fax: 407-648-1376
Email: john.benford@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia Grimke Young**
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue
Suite 1200
Orlando, FL 32801
407-203-7599
Fax: 407-648-1376
Email: julia.young@wilsonelser.com
*ATTORNEY TO BE NOTICED*

Counsel for Consolidated Defendant Unique Medi Tech LLC (Terminated 5/22/2026):

**Jay Kim**
Kim Vaughan Lerner LLP
312 SE 17th Street
Suite 300
Fort Lauderdale, FL 33316
954-527-1115

Email: jkim@kvllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Hannul Roman**
Kim Vaughan Lerner LLP
312 SE 17th Street
Suite 300
Fort Lauderdale, FL 33316
(954) 527-1115
Fax: (954) 527-1116
Email: jroman@kvllaw.com
*ATTORNEY TO BE NOTICED*

Counsel for Consolidated Defendant Mammoth Path Solution, LLC (Terminated 5/22/2026):

**Jay Kim**
Kim Vaughan Lerner LLP
312 SE 17th Street
Suite 300
Fort Lauderdale, FL 33316
954-527-1115
Email: jkim@kvllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Hannul Roman**
Kim Vaughan Lerner LLP
312 SE 17th Street
Suite 300
Fort Lauderdale, FL 33316
(954) 527-1115
Fax: (954) 527-1116
Email: jroman@kvllaw.com
*ATTORNEY TO BE NOTICED*

Counsel Consolidated Defendant Mammoth RX, Inc. (Terminated 5/22/2026):

**Jay Kim**
Kim Vaughan Lerner LLP
312 SE 17th Street
Suite 300
Fort Lauderdale, FL 33316
954-527-1115
Email: jkim@kvllaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jessica Hannul Roman**
Kim Vaughan Lerner LLP
312 SE 17th Street
Suite 300
Fort Lauderdale, FL 33316
(954) 527-1115
Fax: (954) 527-1116
Email: jroman@kvllaw.com (Inactive)
*ATTORNEY TO BE NOTICED*

Counsel for Consolidated Defendant Unit 387 LLC (Terminated 5/22/2026):

**Merema Mary Nikezic**
Zarco, Einhorn, Salkowski & Brito, P.A.
2 S. Biscayne Blvd.
34th Floor
Miami, FL 33131
773-251-8846
Email: mnikezic@zarcolaw.com
*ATTORNEY TO BE NOTICED*

**Robert Francis Salkowski**
Zarco, Einhorn, Salkowski & Brito, P.A.
2 S. Biscayne Blvd.
34th Floor
Miami, FL 33131
305-374-5418
Fax: 305-374-5428
Email: rsalkowski@zarcolaw.com
*ATTORNEY TO BE NOTICED*

Counsel for Consolidated Defendant Trinity Health Corporation (Terminated 5/22/2026):

**Joseph Michael Paulino**
10440 North Miami Ave
Miami Shores, FL 33150
7868043760
Email: jpaulino@grsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Consolidated Defendant SelfRX, LLC (no appearance on file in this case) (Terminated 5/22/2026):

SelfRX, LLC
36 Cummings Park
Woburn, MA 01801

Consolidated Defendant Ravillamed PLLC (no appearance on file in this case) (Terminated 5/22/2026):

Ravillamed PLLC
2119 E Norris St
Philadelphia, PA 19125-1924

Consolidated Defendant Critical Care Nurse Consultants, LLC (no appearance on file in this case) (Terminated 5/22/2026):

Critical Care Nurse Consultants, LLC
23360 Bridle View Dr.
Lindale, TX 75771-5511

***Delis v. Health Gorilla Inc., et al.,* Case No. 1:26-cv-22178 (S.D. Fla.)**
Consolidated with Lott – See above.

***Hawkins v. Health Gorilla, Inc., et al.,* Case No. 1:26-cv-22328 (S.D. Fla.)**
Consolidated with Lott – See above.

***Malenkovich v. Health Gorilla, Inc.,* Case No. 1:26-cv-22757 (S.D. Fla.)**
Consolidated with Lott – See above.

***Aaron Berry  v. University of Illinois Hospital & Health System et al.*, Case No. 1:26-cv-04629 (N.D. Ill.).**

Counsel for Plaintiff Aaron Berry

Colleen Garvey (ARDC #6337571)
Cook County Attorney No. (100360)
**STRANCH, JENNINGS & GARVEY, PLLC**
701 Market Street, Suite 1510
St. Louis, MO 63101
Tel: (314) 390-6750
cgarvey@stranchlaw.com

Grayson Wells
Darrius Dixon
**STRANCH, JENNINGS, & GARVEY, PLLC**
The Freedom Center
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203

Tel: (615) 254-8801
gwells@stranchlaw.com
ddixon@stranchlaw.com
*Attorneys for Plaintiff and the Class*

Defendant University of Illinois Hospital & Health System (no appearance on file in this case)

University of Illinois Hospital & Health Sciences
258 Henry Administration Building
506 S. Wright Street
Urbana, IL 61801