## UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION



# Notice of Tag-Along from JPML

**Date Received: 8/7/2026**

**JPML has identified the attached action(s) for inclusion in this proposed MDL**

**Number of Actions:  1**

**Complaints and Docket Sheets are attached.**

*Jessica O. Birnbaum*

**CLERK OF THE PANEL**