**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: Health Gorilla, Inc., et al., Data Security Breach Litigation** | **MDL No. 3193** |

This Document Relates To:

***Epic Systems Corporation, et al. v. Health Gorilla, Inc., et al.***
Case No. 2:26-cv-00321-FMO-RAO (C.D. California)

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-1)**

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services, Inc., Trinity Health Corporation, and UMass Memorial Health Care, Inc. ("Plaintiffs") respectfully submit this opposition to the Conditional Transfer Order (CTO-1), dated August 10, 2026, as it relates to the following case:

> ***Epic Systems Corporation, et al. v. Health Gorilla, Inc., et al.***,
> No. 2:26-cv-00321-FMO-RAO (C.D. California)

Pursuant to Rule 7.1(g) of the Rules of the Judicial Panel on Multidistrict Litigation and any briefing schedule set by the Panel, Plaintiffs will timely file a motion to vacate the Conditional Transfer Order (CTO-1) and a supporting brief.

Dated: August 17, 2026

Respectfully submitted,

*/s/ Michael D. Leffel*

Michael D. Leffel
FOLEY & LARDNER LLP
150 East Gilman Street, Suite 5000
Madison, WI 53703-1482
Telephone: (608) 257-5035
Facsimile: (608) 258-4258
mleffel@foley.com

*Counsel for Plaintiff*
*Epic Systems Corporation*

- and -

*/s/ Marshall L. Baker*
Marshall L. Baker (Cal. Bar No. 300987)
mbaker@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Telephone: 310.229.1000
Facsimile: 310.229.1001

Anthony T. Pierce (D.C. Bar No. 415263)
apierce@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006-1037
Telephone: 202.887.4000
Facsimile: 202.887.4288

*Counsel for Plaintiffs*
*Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services, Inc., Trinity Health Corporation, and UMass Memorial Health Care, Inc.*