**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: Health Gorilla, Inc., et al., Data Security Breach Litigation** | **MDL No. 3193** |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing document, Plaintiffs Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services, Inc., Trinity Health Corporation, and UMass Memorial Health Care, Inc.'s Notice of Opposition to Conditional Transfer Order (CTO-1), was served electronically on all counsel of record in the above-captioned matter through the CM/ECF system on August 17, 2026.

In addition, copies of the foregoing document, referenced above, were mailed via First-Class United States Mail to the following defendants, which do not have a counsel of record listed, on August 17, 2026:

***Epic Systems Corporation, et al. v. Health Gorilla, Inc., et al.*, Case No. 2:26-cv-00321 (C.D. Cal.)**

SelfRX, LLC
36 Cummings Park
Woburn, MA 01801

***Aaron Berry v. University of Illinois Hospital & Health System et al.*, Case No. 1:26-cv-04629 (N.D. Ill.)**

University of Illinois Hospital & Health Sciences System
258 Henry Administration Building
506 S. Wright Street
Urbana, IL 61801

***Edward Fox and Suzanne Bryan v. Epic Systems Corporation, Reid Hospital & Health Care Services, Inc., Health Gorilla, Inc., and Mammoth Path Solution, LLC*, Case No. 2:26-cv-04678 (C.D. Cal.)**

Reid Hospital and Health Care Services, Inc.
1199 Reid Parkway
Richmond, IN 47374

***Lott v. Health Gorilla, Inc.*, Case No. 1:26-cv-21639 (S.D. Fla.)**

RavillaMed PLLC
2119 E Norris St
Philadelphia, PA 19125-1924

SelfRX, LLC
36 Cummings Park
Woburn, MA 01801

Critical Care Nurse Consultants, LLC
23360 Bridle View Dr.
Lindale, TX 75771-5511

Dated: August 17, 2026

Respectfully submitted,

*/s/ Michael D. Leffel*
Michael D. Leffel
FOLEY & LARDNER LLP
150 East Gilman Street, Suite 5000
Madison, WI 53703-1482
Telephone: (608) 257-5035
Facsimile: (608) 258-4258
mleffel@foley.com

*Counsel for Plaintiff*
*Epic Systems Corporation*

**LIST OF COUNSEL/PARTIES FOR SERVICE**

***IN RE: Health Gorilla, Inc. et al., Data Security Breach Litigation*, MDL No. 3193 (J.P.M.L.)**

*Counsel for Plaintiff Ricky Lott associated Case: FLS/1:26-cv-21639 (modified on 6/2/2026):*

Marc E. Dann
DANNLAW
15000 Madison Avenue
Lakewood, OH 44107
Tele: 216-373-0539
Fax: 216-373-0536
mdann@dannlaw.com

*Counsel for Plaintiff Holly Hughes associated Case: FLS/1:26-cv-21952:*

Kara Kapp
MILBERG PLLC
5335 Wisconsin Ave NW, Ste. 440
Washington, D.C. 20015
Tele: (516) 620-4219
kkapp@milberg.com

*Counsel for Plaintiffs Edward Fox and Suzanne Bryan associated Case: CAC/2-26-cv-04678:*

Leigh S. Montgomery
EKSM LLP
4200 Montrose Blvd., Suite 200
Houston, TX 77006
Tele: 888-350-3931
Fax: 888-276-3455
Service@eksm.com

*Counsel for Defendant Reid Hospital and Health Care Services, Inc. associated Case: CAC/2-26-cv-04678:*

David B. Honig
HALL RENDER KILLIAN HEALTH & LYMAN, P.C.
500 N. Meridian Street, Suite 400
Indianapolis, IN 46204-1293
Tele: 317-977-1543 (NOA)
Tele: 317-977-1447 (Certificate of Service)
Fax: 317-633-4878
dhonig@hallrender.com

*Counsel for Defendant The Rector and Visitors of the University of Virginia, erroneously sued as "UVA Health" associated Case: CAC/2-26-cv-01938:*

Wendy C. McGraw
HUNTON ANDREWS KURTH LLP
951 East Byrd Street
Richmond, Virginia 23219-4074
Tele: 757-540-5336
Fax: 804-788-8218
wmcgraw@hunton.com

*Counsel for Plaintiff Steve Patterson associated Case: CAC/2-26-cv-01938:*

Scott Edward Cole
COLE AND VAN NOTE
555 12th Street, Suite 2100
Oakland, CA 94607
Tele: 510-891-9800
sec@colevannote.com

*Counsel for Plaintiff Priscilla Banh associated Case: WIW/3:26-cv-00216*:

Leigh S. Montgomery
EKSM LLP
4200 Montrose Blvd., Suite 200
Houston, TX 77006
Tele: 888-350-3931
Fax: 888-276-3455
Service@eksm.com

*Counsel for Defendant Health Gorilla, Inc. associated Cases: CAC/2:26-cv-01938, CAC/2:26-cv-04678, FLS/1:26-cv-21639, FLS/1:26-cv-21952, FLS/1:26-cv-22178, FLS/1:26-cv-22328, FLS/1:26-cv-22757, MIE/4:26-cv-10948, MIE/4:26-cv-10989:*

Jennifer S. Stegmaier
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
161 N. Clark, Ste. 4500
Chicago, IL 60601
Tele: 312-821-6167
Fax: 312-704-1522
jennifer.stegmaier@wilsonelser.com

*Counsel for Defendant Epic Systems Corporation associated Cases: CAC/2-26-cv-01938, CAC/2:26-cv-04678, WIW/3:26-cv-00216, ILN/1:26-cv-04629:*

Michael D. Leffel

FOLEY & LARDNER LLP
150 East Gilman Street, Suite 5000
Madison, WI 53703
Tele: 608-257-5035
Fax: 608-258-4258
mleffel@foley.com

*Counsel for Defendant Trinity Health Corp. associated Case: MIE/4:26-cv-10948 and MIE/4:26-cv-10989:*

Justin Holmes
GORDON REES SCULLY MANSUKHANI, LLP
1717 Arch St. #610
Philadelphia, PA 19103
Tele: 212-453-0787
Fax: None
jholmes@grsm.com

***Epic Systems Corporation, et al. v. Health Gorilla, Inc., et al.*, Case No. 2:26-cv-00321 (C.D. Cal.)**

*Counsel for Health Gorilla, Inc.:*

Adam B. Wolfson
David M. Elihu
Julia Sun Choe
Ryan S. Landes
QUINN EMANUEL URQUHART AND SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
adamwolfson@quinnemanuel.com
davidelihu@quinnemanuel.com
juliachoe@quinnemanuel.com
ryanlandes@quinnemanuel.com

*Counsel for RavillaMed PLLC, Avinash Ravilla, Shere Saidon, and LlamaLab, Inc.:*

Brook B. Andrews
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
brook.andrews@nelsonmullins.com

James C. Wald
NELSON MULLINS RILEY & SCARBOROUGH LLP
Pacific Gateway

19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
james.wald@nelsonmullins.com

Joshua A. Redelman
NELSON MULLINS RILEY & SCARBOROUGH LLP
1111 Bagby Street, Suite 2100
Houston, TX 77002
josh.redelman@nelsonmullins.com

*Counsel for Unique Medi Tech LLC d/b/a Mammoth Dx, Mammoth Path Solution, LLC, Mammoth Rx, Inc. and Ryan Hilton:*

Alexander H. Tran
Ekwan E. Rhow
Melissa C. Decker
Sharon Ben-Shahar Mayer
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS AND NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
atran@birdmarella.com
erhow@birdmarella.com
mdecker@birdmarella.com
smayer@birdmarella.com

*Counsel for David Baker:*

Peter C. Bronstein
PETER C. BRONSTEIN LAW OFFICES
2121 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
peterbronz@yahoo.com

*Counsel for Max Toovey:*

Nithin Kumar
KINGFISHER LAW APC
P.O. Box 492415
Los Angeles, CA 90049-9998
nithin@kingfisherlawapc.com

*Counsel for Unit 387 LLC, Hoppr, LLC, Meredith Manak:*

Christopher J. Petersen
Alycia S. Tulloch
BLANK ROME LLP

2029 Century Park East, 6th Floor
Los Angeles, CA 90067
chris.petersen@blankrome.com
alycia.tulloch@blankrome.com

Mark L. Johansen
Neakzaad L. Horriat
BLANK ROME LLP
200 Crescent Court, Suite 1000
Dallas, TX 75201
mark.johansen@blankrome.com
neak.horriat@blankrome.com

*SelfRx, LLC d/b/a Myself.Health (Terminated 06/03/2026) (no appearance on file in this case):*

SelfRX, LLC
36 Cummings Park
Woburn, MA 01801

*Critical Care Nurse Consultants, LLC d/b/a GuardDog Telehealth (Terminated 03/20/2026):*

Matthew Donald Umhofer
Elizabeth Anne Mitchell
UMHOFER, MITCHELL AND KING LLP
767 South Alameda Street, Suite 270
Los Angeles, CA 90021
matthew@umklaw.com
elizabeth@umklaw.com

***Aaron Berry v. University of Illinois Hospital & Health System et al.*, Case No. 1:26-cv-04629 (N.D. Ill.)**

*Counsel for Plaintiff Aaron Berry:*

Colleen E. Garvey
STRANCH, JENNINGS & GARVEY, PLLC
701 Market Street, Suite 1510
St. Louis, MO 63101
cgarvey@stranchlaw.com

Grayson Wells
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Ave
Suite 200
Nashville, TN 37203
gwells@stranchlaw.com

*Counsel for Defendant Epic Systems Corporation:*

Michael D. Leffel
FOLEY & LARDNER LLP
150 East Gilman Street, Suite 5000
Madison, WI 53703-1482
mleffel@foley.com

Mason D. Roberts
FOLEY & LARDNER LLP
321 N Clark Street
Suite 2800
Chicago, IL 60654
mroberts@foley.com

*Defendant University of Illinois Hospital & Health System (no appearance on file in this case):*

University of Illinois Hospital & Health Sciences
258 Henry Administration Building
506 S. Wright Street
Urbana, IL 61801

***Steve Patterson v. UVA Health, Epic Systems Corporation, Health Gorilla, and Mammoth Path Solution, LLC*, Case No. 2:26-cv-01938 (C.D. Cal.)**

*Counsel for Plaintiff Steven Patterson:*

Mark T. Freeman
Laura Grace Van Note
Scott Edward Cole
COLE AND VAN NOTE
555 12th Street, Suite 2100
Oakland, CA 94607
mtf@colevannote.com
lvn@colevannote.com
sec@colevannote.com

*Counsel for Defendant The Rector and Visitors of the University of Virginia (erroneously sued as UVA Health):*

Jason Jonathan Kim
Hakop Stepanyan
Paige Van Oosten
HUNTON ANDREWS KURTH LLP
550 South Hope Street, Suite 2000

Los Angeles, CA 90071
hstepanyan@hunton.com
kimj@hunton.com
pvanoosten@hunton.com

*Counsel for Defendant Epic Systems Corporation:*

John Joseph Atallah
FOLEY AND LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
jatallah@foley.com

*Counsel for Defendant Health Gorilla, Inc.:*

Adam E. Wayne
Ian A. Stewart
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
adam.wayne@wilsonelser.com
ian.stewart@wilsonelser.com

*Counsel for Defendant Mammoth Path Solution, LLC:*

Sharon Ben-Shahar Mayer
BIRD MARELLA RHOW LINCENBERG DROOKS AND NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
smayer@birdmarella.com

***Edward Fox and Suzanne Bryan v. Epic Systems Corporation, Reid Hospital & Health Care Services, Inc., Health Gorilla, Inc., and Mammoth Path Solution, LLC*, Case No. 2:26-cv-04678 (C.D. Cal.)**

*Counsel for Plaintiffs Edward Fox and Suzanne Bryan:*

Leigh S. Montgomery
EKSM LLP
4200 Montrose Blvd., Suite 200
Houston, TX 77006
lmontgomery@eksm.com

Scott Edward Cole
Mark T. Freeman
COLE AND VAN NOTE

555 12th Street, Suite 2100
Oakland, CA 94607
sec@colevannote.com
mtf@colevannote.com

*Counsel for Defendant Epic Systems Corporation (Terminated 07/31/2026):*

John Joseph Atallah
FOLEY AND LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
jatallah@foley.com

*Counsel for Defendant Mammoth Path Solution, LLC (Terminated 07/31/2026):*

Ekwan E. Rhow
Marc E. Masters
Sharon Ben-Shahar Mayer
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS AND NESSIM, LLP
1875 Century Park East, Suite 2300
Los Angeles, CA 90067
erhow@birdmarella.com
mmasters@birdmarella.com
smayer@birdmarella.com

*Counsel for Defendant Health Gorilla, Inc.:*

Adam E. Wayne
Ian A. Stewart
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
adam.wayne@wilsonelser.com
ian.stewart@wilsonelser.com

*Defendant Reid Hospital and Health Care Services, Inc. (Terminated 07/31/2026) (no appearance on file in this case):*

Reid Hospital and Health Care Services, Inc.
1199 Reid Parkway
Richmond, IN 47374

***Justina Pabon v. Trinity Health Corporation and Health Gorilla, Inc.*, Case No. 4:26-cv-10989 (E.D. Mich.)**

*Counsel for Plaintiff Justina Pabon:*

Scott Jourdan Falgoust
BRYSON HARRIS SUCIU & DEMAY PLLC
5301 Canal Street
New Orleans, LA 70124
sfalgoust@brysonpllc.com

Nick Suciu, III
BRYSON HARRIS SUCIU & DEMAY PLLC
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
nsuciu@brysonpllc.com

*Counsel for Defendant Trinity Health Corporation:*

Krystal Dickow Hermiz
GORDON REES SCULLY MANSUKHANI, LLP
37000 Woodward Ave, Ste. 225
Bloomfield Hills, MI 48304
khermiz@grsm.com

*Counsel for Defendant Health Gorilla, Inc.:*

William S. Cook
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
17197 N. Laurel Park Dr., Ste. 201
Livonia, MI 48152
william.cook@wilsonelser.com

***Jeffrey S. Jackson v. Trinity Health Corporation and Health Gorilla, Inc.*, Case No. 4:26-cv-10948 (E.D. Mich.)**

*Counsel for Plaintiff Jeffrey S. Jackson:*

Marc H. Edelson
EDELSON LECHTZIN LLP
411 S. State Street, Ste. N-300
Newtown, PA 18940
medelson@edelson-law.com

*Counsel for Defendant Trinity Health Corporation:*

Krystal Dickow Hermiz
GORDON REES SCULLY MANSUKHANI, LLP
37000 Woodward Ave, Ste. 225
Bloomfield Hills, MI 48304
khermiz@grsm.com

*Counsel for Defendant Health Gorilla, Inc.:*

William S. Cook
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
17197 N. Laurel Park Dr., Ste. 201
Livonia, MI 48152
william.cook@wilsonelser.com

***Lott v. Health Gorilla, Inc.*, Case No. 1:26-cv-21639 (S.D. Fla.)**

*Counsel for Plaintiff Ricky Lott and Consolidated Plaintiffs (Holly Hughes, Tatyana Malenkovich, Amy Hawkins, Randall Brink, Judi Delis):*

Jeffrey Miles Ostrow
Andrew William Hausdorff
KOPELOWITZ OSTROW P.A.
1 W. Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
ostrow@kolawyers.com
hausdorff@kolawyers.com

Michael Andrew Smith, Jr.
Marc E. Dann
DANNLAW
15000 Madison Avenue
Lakewood, OH 44107
msmith@dannlaw.com
notices@dannlaw.com

Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
7199 South Kingery Highway, #1148
Willowbrook, IL 60524
firm@attorneyzim.com

Mariya Weekes
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
333 SE 2nd Avenue, Suite 2000

Miami, FL 33131
mweekes@milberg.com

Michael Bennett Homer
DYNAMIS LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
mhomer@dynamisllp.com

Tonyia Jean Johnson
SHAMIS GENTILE, P.A.
14 NE 1st Ave, Suite 705
Miami, FL 33132
tjohnson@shamisgentile.com

*Counsel for Defendant Health Gorilla, Inc.:*

John Yates Benford
Julia Grimke Young
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
111 North Orange Avenue, Suite 1200
Orlando, FL 32801
john.benford@wilsonelser.com
julia.young@wilsonelser.com

*Consolidated Defendant RavillaMed PLLC (no appearance on file in this case) (Terminated 05/22/2026):*

RavillaMed PLLC
2119 E Norris St
Philadelphia, PA 19125-1924

*Counsel for Consolidated Defendant Unique Medi Tech LLC (Terminated 05/22/2026):*

Jay Kim
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL 33316
jkim@kvllaw.com

*Counsel for Consolidated Defendant Mammoth Path Solution, LLC (Terminated 05/22/2026):*

Jay Kim
Jessica Hannul Roman
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300

Fort Lauderdale, FL 33316
jkim@kvllaw.com
jroman@kvllaw.com

*Counsel for Consolidated Defendant Mammoth RX, Inc. (Terminated 05/22/2026):*

Jay Kim
Jessica Hannul Roman
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, FL 33316
jkim@kvllaw.com
jroman@kvllaw.com

*Counsel for Consolidated Defendant Unit 387 LLC (Terminated 05/22/2026):*

Merema Mary Nikezic
ZARCO, EINHORN, SALKOWSKI & BRITO, P.A.
101 Plaza Real S #915
Boca Raton, FL 33432
mnikezic@zarcolaw.com

Robert Francis Salkowski
ZARCO, EINHORN, SALKOWSKI & BRITO, P.A.
Miami Tower
100 S.E. 2nd Street, 27th Floor
Miami, FL 33131
rsalkowski@zarcolaw.com

*Consolidated Defendant SelfRX, LLC (no appearance on file in this case) (Terminated 05/22/2026):*

SelfRX, LLC
36 Cummings Park
Woburn, MA 01801

*Consolidated Defendant Critical Care Nurse Consultants, LLC (no appearance on file in this case) (Terminated 05/22/2026):*

Critical Care Nurse Consultants, LLC
23360 Bridle View Dr.
Lindale, TX 75771-5511

*Counsel for Consolidated Defendant Trinity Health Corporation (Terminated 05/22/2026):*

Joseph Michael Paulino

GORDON REES SCULLY MANSUKHANI, LLP
10440 North Miami Ave
Miami Shores, FL 33150
jpaulino@grsm.com

***Delis v. Health Gorilla, Inc., et al.*, Case No. 1:26-cv-22178 (S.D. Fla.)**

Consolidated with *Lott* – See above.

***Hawkins v. Health Gorilla, Inc., et al.*, Case No. 1:26-cv-22328 (S.D. Fla.)**

Consolidated with *Lott* – See above.

***Malenkovich v. Health Gorilla, Inc.*, Case No. 1:26-cv-22757 (S.D. Fla.)**

Consolidated with *Lott* – See above.

***Hughes v. Health Gorilla, Inc.*, Case No. 1:26-cv-21952 (S.D. Fla.)**

Consolidated with *Lott* – See above.

***Priscilla Banh v. Epic Sys. Corp.*, Case No. 3:26-cv-00216 (W.D. Wis.)** (*Voluntarily dismissed on June 12, 2026, and closed on June 15, 2026)*

*Counsel for Plaintiff Priscilla Banh:*

Nickolas J. Hagman
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
135 S. LaSalle Street
Suite 3210
Chicago, IL 60603
nhagman@caffertyclobes.com

*Counsel for Defendant Epic Systems Corporation:*

Eric Joseph Hatchell
FOLEY & LARDNER LLP
150 East Gilman St.
P.O. Box 1497
Madison, WI 53701
ehatchell@foley.com

Michael D. Leffel
Amber Renee Quinlan Willette
FOLEY & LARDNER LLP
150 East Gilman Street, Ste. 5000

Madison, WI 53703
mleffel@foley.com
amber.quinlanwillette@foley.com

*Counsel for Defendant UCSF Health Community Hospitals:*

Stephanie F. Jones
GORDON REES SCULLY MANSUKHANI, LLP
1 North Wacker Drive, Ste. 1600
Chicago, IL 60606
sfjones@grsm.com