Before the United States Judicial Panel on Multidistrict Litigation

| | |
|---|---|
| In re: Health Gorilla, Inc., et al., Data Security Breach Litigation | MDL No. 3193 |

This Document Relates To:

***Epic Systems Corporation, et al., v. Health Gorilla, Inc., et al.***
Case No. 2:26-cv-00321-FMO-RAO (C.D. California)

**DECLARATION OF ADAM B. WOLFSON IN SUPPORT OF DEFENDANT HEALTH GORILLA, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-1) [ECF 6]**

I, Adam B. Wolfson, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP and counsel of record for Defendant Health Gorilla, Inc. ("Health Gorilla") in the matter *Epic Systems Corporation et al. v. Health Gorilla, Inc., et al.*, Case No. 2:26-cv-00321-FMO-RAO (C.D. Cal.) (the "Epic Action"). I am an active member of the bar of the State of California.

2. I make this declaration based upon my personal knowledge of the facts set forth herein and, if called to testify, I could and would do so competently. I submit this declaration in connection with Health Gorilla's Response, filed concurrently herewith, to Plaintiffs Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services, Inc. d/b/a Reid Health, Trinity Health Corporation, and UMass Memorial Health Care, Inc.'s Motion to Vacate Conditional Transfer Order (CTO-1), ECF 6.

3. Attached hereto as **Exhibit A** is a true and correct copy of Health Gorilla's Notice of Motion to Dismiss and Motion to Dismiss the Epic Action, filed in the Epic Action.

4. Attached hereto as **Exhibit B** is a true and correct copy of Health Gorilla's Memorandum of Law In Support of the Motion to Dismiss the Epic Action, filed in the Epic Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of September, 2026, in Los Angeles, California.

*/s/ Adam B. Wolfson*
Adam B. Wolfson