**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: Health Gorilla, Inc., et al., Data Security Breach Litigation** | **MDL No. 3193** |

This Document Relates To:

***Epic Systems Corporation, et al. v. Health Gorilla, Inc., et al.***
Case No. 2:26-cv-00321-FMO-RAO (C.D. California)

**DECLARATION OF MARSHALL L. BAKER IN SUPPORT OF PLAINTIFFS EPIC SYSTEMS CORPORATION, OCHIN, INC., REID HOSPITAL & HEALTH CARE SERVICES, INC., TRINITY HEALTH CORPORATION, AND UMASS MEMORIAL HEALTH CARE, INC.'S REPLY IN SUPPORT OF THEIR MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-1)**

I, Marshall L. Baker, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney duly licensed to practice law in the State of California and a partner with the law firm Akin Gump Strauss Hauer & Feld LLP, counsel for Plaintiffs Epic Systems Corporation, OCHIN, Inc., Reid Hospital & Health Care Services, Inc. d/b/a Reid Health, Trinity Health Corporation, and UMass Memorial Health Care, Inc. (collectively, "Plaintiffs") in the matter *Epic Systems Corporation, et al. v. Health Gorilla, Inc., et al.*, Case No. 2:26-cv-00321-FMO-RAO (C.D. Cal.) (the "Fraud Action"). I submit this declaration in connection with Plaintiffs' Reply in Support of Their Motion to Vacate Conditional Transfer Order (CTO-1), filed concurrently herewith. I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 33** is a true and correct copy of relevant excerpts of the transcript of the proceedings held on July 30, 2026, before the Judicial Panel on Multidistrict Litigation in MDL No. 3193, regarding Health Gorilla, Inc.'s Motion to Transfer Actions to the

Southern District of Florida Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings (MDL Dkt. No. 1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of September, 2026, in Los Angeles, California.

By: */s/ Marshall L. Baker*
Marshall L. Baker